**ORIGINAL**

*2nd time Sent.*
*Typed this time Law Lib. finly printed this.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01326-GPG & LTB

ALAN E. DE ATLEY, Tribal Member, Tribal Special Counsel, Tribal Judge, Applicant,
v.
EXECUTIVE DIRECTOR, Colorado Department of Corrections, WARDEN, Arkansas Valley
Correctional Facility, and COLORADO ATTORNEY GENERAL, Philip Wieser,
, Respondent

and

The Attorney General of the State of: <u>Philip Wieser</u>, Additional Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 08 2019**

JEFFREY P. COLWELL
CLERK

### APPLICATION FOR A WRIT OF HABEAS CORPUS
### PURSUANT TO 28 U.S.C. § 2254

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

### A.   APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

(Applicant's name, prisoner identification number, and complete mailing address)
Alan E. De Atley, Tribal Member, 172066
<u>12750 Hwy 96, Ln 13,</u>
<u>Ordway, Co 81034</u>

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_\_   Immigration detainee

*38.*

*I object! State has No Jurisdiction! This form is States! Not Tribal Court's as objected to many times!*

XXX   Convicted and sentenced state prisoner Illegally, State gave up there Jurisdiction of the Subject Matter and General jurisdiction over Tribal Matters. *See Ex-A-K, Indictment all "as arm's of the Tribe," all under "Tribal Soverign immunity"*

_____   Convicted and sentenced federal prisoner

_____   Other: (*Please explain*)

**B.   RESPONDENT(S) INFORMATION** *I object! State has No Jurisdiction! Tribal Habeas Corpus was Granted!*
(Respondent's name and complete mailing address)
EXECUTIVE DIRECTOR, Dean Williams, Colorado Department of Corrections, 1250 Academy Park Loop, Colorado Springs, Co. 80950
WARDEN, Arkansas Valley Correctional Facility, 12750 Hwy 96, Ln 13, Ordway, Co 81034
COLORADO ATTORNEY GENERAL, Philip Wieser, 1300 Broadway Ave, Denver, Co. 80203
, Respondent, *I object! This is for State's! Not Tribal as object to many*

**C.   CONVICTION UNDER ATTACK** *I object! State has given up their jurisdiction*
Name of the court that entered the   *Tribal Habeas Corpus was Granted!*
Judgment of (illegal) conviction: Denver District Court, Judge Martin Egelhoff, *ruled in corrupt error, with intent. Clearly knowing Colorado had given up "Subject Matter Jurisdiction" + "General Jurisdiction"*

Date the (Illegal) conviction was entered: 4/12/16

Case number: 2010-CR-10309
*I object, Illegal sentence, all without Jurisdiction!*
Length and type of sentence: 83 Years, All Consecutive, 25 Counts, Tribal Owned, Conservation Easements, Tax Credits, with all subject matter jurisdiction and general jurisdiction is with the tribal courts as agreed and Tribal court ordered injunction and retaining all jurisdiction, these charges are illegal and must be dismissed: Illegal, Cocca, Theft, Forgery, Tax Evasion, (Tax Evasion, found not guilty on Four Counts.)

*Tribal Habeas Corpus was Granted!*

Are you serving any other sentence? _____ Yes  X No (*check one*) Never in trouble, I'm 63 years old now. *I'm innocent! Tribal Court ruled all Tax Credit are good and all are passed the Audit date, and are all Closed*

Offense(s) you were convicted of *I object! State has given up their Jurisdiction*
Committing: Illegally charged with, Cocca, Theft, Forgery, Tax Evasion, (Tax Evasion, found not guilty on Four Counts.)

*See: Grounds for relief: State has No Jurisdiction. page 9,10,11,12*

What was your plea?  N/A

Kind of trial: , *Illegal*  X Jury _____ Judge only (*check one*) *I object! State has no Jurisdiction!*

**D.   DIRECT APPEAL** *I object! State has no jurisdiction!*
Did you file a direct appeal? *I object!* X Yes _____ No (*check one*) I Objected to The Colorado Courts trying to impose jurisdiction, when The Colorado Attorney General, John

*But counsel state's we had better cover alan Deatly ass by filing this just in case. Tribal Court has already ruled in Deatly favor.*

Suthers and AAG, Jack Wesoky have already given up The Subject Matter Jurisdiction, including Stipulating, Agreeing, Excepting, without any challenges to a higher Tribal Court.

And as the Tribal Court moved forward, with the jurisdiction, The Denver District Court moves forward <u>illegally</u> without any jurisdiction, see Tribal Court Stipulated Order 12/23/08, attached, all at the same time. The Tribal Court continues with The Tribal Court cases sending all filings, Motions, Notices, Findings, Tribal Court Orders, clearly showing, see Ex A-K, The Tribal Court has The Jurisdiction of The Subject Matter over all of these matters at hand, including The Criminal matters, as they were all created on Tribal Land, Indian Country, All Tribal members, working for The Tribal betterment as a whole, all working as arms of the Tribe, all under Tribal Sovereign Immunity, with ALL OF THE SUBJECT MATTER JURISDICTION, CIVIL AND CRIMINAL, all protected and recognized by The State of Colorado as a whole see Indictment of Chief Richard Davis, Tribal member, Tribal Special Counsel, Tribal Judge Alan De Atley, all listed in the indictment are all Corps, LLC, Clients, Tribal members, non-Tribal members all as arms of the tribe, all protected by tribal sovereign immunity, as a whole.


Name of the court in which the direct
Appeal was filed:                                   I object to their jurisdiction *claimed*, The Colorado Court of Appeals *is naing They are without Jurisdiction from Sept. 2008, Tribal Court Order, Jurisdiction is with the Tribal Courts (I object states is without jurisdiction)*.
Date and result of direct appeal: Still underway, Reply and oral arguments are pending. State of Colorado has given up ALL JURISDICTION AS AGREED AND TRIBAL COURT ORDERED, THIS QUESTION OF TRIBAL JURISDICTION AND OR FEDERAL JURISDICTION CAN ONLY BE ANSWERED BY THE FEDERAL COURT, THAT HAVE ALL READY RULED IN THESE WAYS, THE SAME AS THIS CASE, THE STATE OF COLORADO WILL NOT APPLY THE FEDERAL CASE LAW AND FEDERAL LAWS AS REQUIRED BY LAW, THE STATE OF COLORADO GAVE UP ANY POSSIBLEILTY OF JURISDICTION AND NOW ACTING ILLEGALLY TRIES TO HOLD JURISDICTION WHEN CLEARLY AS SHOWN IN THESE TWO CASES, ITS ON TRIBAL LAND THESE CONSERVATION EASEMENT TAX CREDITS COME FROM, ALL SOLD BY THE TRIBAL MEMBERS, ALL FOR THE BETTERMENT OF THE TRIBE, ALL WORKING AS ARMS OF THE TRIBE, ALL UNDER TRIBAL SOVERIGN IMMUNITY, SEE:

"Ute Indian Tribe of the Uintah & Ouray Reservation v. Utah", 790 F.3d 1000
**Overview**
HOLDINGS: [1]-Plaintiff tribe was entitled to temporarily enjoin defendants state and county officials from prosecuting Indians for crimes allegedly committed on Indian land because the tribe's success on the merits was likely, as the officials had no such authority, a threat to tribal sovereignty was irreparable harm, and federalism concerns under the Anti-Injunction Act, <u>28 U.S.C.S. § 2283</u> and Younger did not direct otherwise, as the state had no legitimate interest in relitigating prior boundary decisions; [2]-Counterclaims against the tribe had to be dismissed because Congress did not authorize them and the tribe did not clearly and unequivocally waive its immunity in contracts with defendants that had expired or explicitly reserved tribal immunity; [3]-Defendant county <u>was not immune</u> because immunity did not extend to counties and its county attorneys were not arms of the state.
**Outcome**
Judgment reversed in part and affirmed in part.

3

40.

*"Murphy v. Royal, 866 F.3d 1164 866 F.3d 1164 \* | 2017 U . S . App. LEXIS 14556 \*\* | 2017 WL 3389877"*

CONCLUSION

"Applying Solem, we conclude Congress has not disestablished the Creek Reservation. Consequently, the crime in this case occurred in Indian country as defined in 18 U.S.C. § 1151(a). Because Mr. Murphy is an Indian and because the crime occurred in Indian country, the federal court has exclusive jurisdiction. Oklahoma lacked jurisdiction. See 18 U.S.C. § 1153(a). Mr. Murphy's state conviction and death sentence are thus invalid. The OCCA erred by concluding the state courts had jurisdiction, and the district court erred by concluding the OCCA's decision was not contrary to clearly established federal law. We therefore reverse the district court's judgment and remand with instructions to grant Mr. Murphy's application for a writ of habeas corpus under 28 U.S.C. § 2254. The decision whether to prosecute Mr. Murphy in federal court rests with the United States. Decisions about the borders of the Creek Reservation remain with Congress, *(All Conservation Easement's, Tax Credit belong to the Tribal 501c3)* Not only has The State of Colorado given up all Subject Matter Jurisdiction TO THE TRIBAL COURT, including all civil and criminal and must exhaust all Tribal Remedies first, then they must move on to the FEDERAL COURT, NOT THE STATE COURTS! And because Alan E. De Atley is a Tribal Member, Tribal Special Counsel, Tribal Judge, Alan E. De Atley does so swear this is true ~~Tim.T.S.C.T.J.~~, and all matters are under The Tribal Court first and then on to "The Federal Court" after that. *That's where we are now!* And, *states must follow and apply Federal or Tribal Law in these cases*

*Federal 8.1*   "[1] Jurisdiction can be brought at any time within the case or the appeals of the same case without regard, Subject-Matter Jurisdiction cannot be forfeited or waived and should be considered when fairly in doubt. The absolute documents from and with The Latgawa Tribal Court and counsel is without question see Ex-A, B, C, D, E, F, G, H, l, J, and K. all show very clearly that The State of Colorado yielded to The Latgawa Tribal Court and allowed The Tribal court to have all jurisdiction over these matters, all without any challenges to the higher Tribal Court, after Ten (10) years this is the law and stands without regard of question. There is NO appeal at this point and time". *There is no possibkly of Tribal appeal, or Federal appeal tribal. The Tribal Habeas has been Granted in full.*

And because none of The Colorado Court's want to address these Federal Questions of Tribal Jurisdiction of The Subject Matter, which includes all cases in Colorado as acting all without jurisdiction over these parties as listed in all Tribal finding and Orders. The Colorado Courts will not rule on The Federal Question of The Tribal Subject Matter Jurisdiction, that was Stipulated to and Agreed to by The State of Colorado as a whole, all by Tribal Court Order, never challenged, to a higher Tribal Court, or Federal Court, after (10) Ten plus years all agreed and signed by Colorado Attorney General John Suthers, and A.A.G. Jack Wesoky back on 12/23/08. This is the *This* question before this Federal Court, this is not in dispute see Ex A-K clearly showing that the State of Colorado has given up the Subject Matter Jurisdiction over these documents, that were demanded and subpoenaed, including the parties all listed within the Tribal Court Orders, including all Tribal owned Conservation Easements and The Tribal Owned Tax Credits, and all the purchasers of these Tax Credits, and all Tribal Owned Corporations, LLC, Partnerships and The State of Colorado, Governor Ritter and Hickenlooper,  John Suthers, Cynthia Coffman, Phillip Wieser and 200 others plus or minus in the Colorado Attorney General's Office, The Department of Regulatory Agencies, DORA, Arin Toll, The City and County of Denver, Denver

District Attorney, Mitchell Morrissey and 1-200 others involved, see The Tribal Courts Orders for the complete list, as more Tribal Crimes are committed by others they will be added, so far all have violated Tribal Laws.

Did you seek review in the state's highest Court on direct appeal? *I object!*

___ Yes  XX  No ▮▮▮  *I object! State has no Jurisdiction!*

*Tribal Habeas Corpus was Granted!*

Date and result of review in the state's highest court: *I object!*

N/A ▮ *I object! State has no Jurisdiction! Tribal Habeas Corpus was Granted!*

*I object! State has no Jurisdiction Tribal Habeas Corpus was Granted, in full.*

If you did not file a direct appeal, explain why: The Tribal Court as shown, has "Subject Matter Jurisdiction" over All matters as stipulated, agreed, and ordered, including all documents, including, Tribal Documents all stolen from The Tribe and Tribal Courts, all used, in The Tribal Court Cases still underway. The State of Colorado DOES NOT HAVE ANY JURISDICTION OVER THE TRIBE OR ITS TRIBAL MEMBERS INCLUDING ALAN DE ATLEY, BUT YET THE STATE OF COLORADO try's to say they have jurisdiction, when clearly they do not. Their illegal cases in Colorado are violating Federal Law and can only be ruled on in Tribal or Federal Court.

## E.    POSTCONVICTION PROCEEDINGS

Have you initiated any other postconviction proceedings in any state court with respect to the judgment under attack? *X* Yes ___ No (*check one*). See Attachments: *I object! The State has no Jurisdiction! Tribal Court has Granted The Habeas Corpus.*

*If your answer is "Yes," complete this section of the form. If you have initiated more than one postconviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."* *I object! No enough room!*

*This is a judical Trap! I object! This is a violation of my Rights.*

Pg 42  Name and location of court: SEE ATTACHMENT: *I object! State has no jurisdiction*

See: Patition for Habeas Corpus 2254 Brief filed before, also see

Habeas  Type of proceeding: *Statement's of Truth + Proof of violating my rights were crimes addmitted to under aath by The State of Colorado*

see Habeas  Date filed: *as a criminal test by The Tribal Sp. Counsel, State Habeas*
attached to  *Corpus were sent to Pitkin + Fremont County District Court*
as an Exhibit  Date and result: *after The Tribal Habeas Corpus was Granted, The*
to make this to  *Districts ruled corruptly with intent, and conspiring as*
clear and  *i criminal act to dismiss without appling federal*
Truth fall.  Did you appeal? ___ Yes ___ No (*check one*)  *law as was required all with intent to rule illegally.*

State would  Date and result on appeal: *this is a violation of Alan DeAtleys rights!*
Not rule on  *$ District court would not address the Federal Questions constitutional*
the Federal  *this makes it final because the Court of Appeal would not take*
Question  Did you seek review in the state's *I object! State has no Jurisdiction!*
Failing to  *Tribal Habeas Corpus was Granted in Full!*
address this allows Deatley to
Declare this matter as Exhausted
in full and move to the Federal
Courts. Tribal Habeas was Granted

*before the State Habeas.*

42.

## Grounds for relief

- Sept 2008 The State of Colorado gave up their Subject matter Juridiction" and General Jurisdiction over these Tribal matters and the Tribe as a whole, including the injunction barring the State of Colorado from acting in any way against The Tribe, Tribal member's, Tribal buisnesses and including Alan DeAtley as a Tribal member,

- Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

- Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

- Conviction obtained by the uncostitutional failure of the illegal prosecution and failure to disclose the crimes being committed and now shown to this U.S. court all against Alan DeAtley illegally, violation DeAtley's rights including, fail to disclose this evidence Stolden from the Tribe, Tribal Court, Tribal members including Alan DeAtley information illegally taken all Theft of Tribal document all from Tribal Land all protected under Tribal Sovergin Immuntly. and including favorable to the Tribe and Alan DeAtley Tribal member.

- Conviction obtained by a violation of the protection against double jeoparty, were the Tribal court has ruled DeAtleys cases are all to be dismissed all for Lack of "Subject matter Jurisdiction" in the State of Colorado, Washington, Oregon, Wyoming, Idaho and California.

- conviction obtained by the action of a grand or petit jury which was unconstitutionally illegally without Jurisdiction all selected and impaneled without Jurisdiction.

43,

- Ineffective assistance of counsel. Attorney under investiga[tion]

- The State of Colorado acted out side of the Jurisdiction of the Subject Matters all including all documents subpoenised including all parties involved, including Alan DeAtly Tribal Member, No Jurisdiction, The State must Dismiss. all matters against Alan DeAtly T.M.

- A Prisoner constitutional First Amendment right to Access to the Courts is clearly established.

- A Prisoner held without Jurisdiction has a right to show his proof as Exibites as was shown in the prior filings with this Court. as told to use paper to complete the form.

- As was filed I did explain as we were told by this court's Order. This Court acts are clearly Bias.

- I believe my filing have been Tamper with by C.D.O.C. and other witnesses have stated this.

- I have Submitted these filing all with out Tape on the envelope's. Each mail stated "Legal mail," "Priviledged and confedencal," "Notice to anyone, that if this package has been tampered with Please Report to the U.S.P.S. as "Mail fraud"

- Each Court Order makes no Sense, because we are following the court's Order's in full. (Tribal not state)

- We have had court Clerk's, Attorney's and Investigate[rs] Recieve Legal mail as you are, that have had the package with page's removed, the whole package shuffled and mixed up and with one were other pages had been place in the package, making the court Say the same type of thing as this Court. We have provin in this Aurelio, DeAtly v CCA.

44.

core Civic case no 17-cv-01073-GPG.PB.
That these prison are acting corruptly acrossed
the nation, including the mexico Boarder and
of course Leavenworth's Spygate case with
U.S. Judge Julie Robinson and spacal master cowin
all showing corruption deeply inbetted in these
Prison's. Statement by you and your clerks tells us someone is Tampering
with our pay

• A prisoner's constitutional First Amendment right to
access to the courts is clearly established. This
A.V.C.F. at Colordo Department of correction is
clearly acting corruptly, as they say they follow
their corruptly placed policies, which include
impeding Legal mail, opening tampering with Legal mail
all after it was sealed by a prison Guard and sealed
by a stamp Stating it's Legal mail, a witness tells
the A.V.C.F. mail room "Riffin" C.O. Guard will open
and tamper with inmates mail, even taking it
home and then sending it out days late. This
create's the illution that the inmate is not following
to court's order's, which end up Dismissing the
inmate case. Please go look at the envelope's
that were sent. Is there tape or glue on the
envelope? or cut's in the package then taped or Glued back?

• This court now tell's that the allegations and supporting
information are disorganized, vague and partly incoherent.
(Try under standing some of your rulings some time) this
statement was found on 163 orders of yours and G.P.G.
and L.T.B., thats what I found so far, this is a part of
the investigation into the corruption in your court
room's, now including witness o's your Locale rule's and
your "pay to play". No one is above this corrupt system.
You must construe the Application liberally, The case
proves Colorado is Acting illegally, and the 10th cir has
ruled in just that way. You must follow those ruling of 10th
and Grant the US Habeas.

- Ute Indian Tribe v. Utah 790 F 3d 1000 and Murphy v. Royal 866 F.3d 1164 866 F.3d 1164

- "Tribe was entitled to temporarily and permintly enjoin defendant's State and County officials from prosecuting Indians for crimes allegedly committed on Indian land because the tribe's success on the merits was likly, as the official had no such authority, a threat to Tribal Sovereignty was irreparable harm".

- "The crime in this case occurred in Indian County as defined in 18 USC 1151(a) Because Mr. Murphy is a Indian and because the crime occurred in Indian Country, the federal Court's has <u>exclusive jurisdiction</u>. Oklahoma Lacked Jurisdiction".

- "As the Form 2254 page 7 states: If additional space is needed, use extra paper to explain your answer" This is what we did by giving the Court all of the Exhibits as Truth + proof of these crimes committed by The State of Colorado and its employees, all ready ruled on by The Tribal Court with demands, damages and Grand Totals, with sanction for failure to act as the Tribal Court has ruled, including service of Default Judgement. The Total damage 90's higher everyday.

- For a Judge to state he does not understand? this means he doesnot want to understand, thats why The Tribal Court will have the right to investgate further about the 10th Cir Court of appeals clearly ruled in the Indians favor, and in this case The State of Colorado has given up subject matter jurisdiction and Excepted The permint injunction barring any further act's by The State of Colorado, The 10th has to rule in our favor, the Case Law is on our side and with The Hannitty show having all of these filings from 2016 this will all show just as it is, "Corruption" in the High Court, Hannitty will expose all of your corrupt acts.

highest court? *I object! State has no Jurisdiction!*
___ Yes _X_ No (check one)

Date and result: *I object! State has no Jurisdiction!*
*Tribal Habeas Corpus was Granted! In full!*

**F.    STATEMENT OF CLAIMS** *I object! State has no Jurisdiction*

*State clearly and concisely every claim you are asserting in this action.  For each claim, specify
the right that allegedly has been violated and all facts that support your claim.  If additional
space is needed to describe any claim or to assert additional claims, use extra paper to continue
that claim or to assert the additional claim(s).  Please indicate that additional paper is attached
and label the additional pages regarding the statement of claims as "F. STATEMENT OF
CLAIMS."*   *Tribal Habeas Corpus was Granted! in full!*

*WARNING: If you fail to assert all of your claims in this application, you may be barred from
presenting additional claims at a later date.*   *The State of Colorado must dismiss all for Lack of Jurisdiction.*

*Pg 9,10,11,12* CLAIM ONE: SEE ATTACHMENT: *Sent already as allowed to use
additional paper to prove my case. Patition, statements,*
    Supporting facts: *Corrupt state Habeas Corpus. Exhibit all as
submitted as Truth + Proof of The state crimes being committed*

*Pg 9,10,11,12* **G.    EXHAUSTION OF STATE REMEDIES** *I object! state has no juridiction!*

*WARNING: You must exhaust available state remedies before filing a habeas corpus action in
federal court pursuant to 28 U.S.C. § 2254.  Your case may be dismissed if you have not
exhausted available state remedies.*  *Tribal Habeas Corpus was Granted. In full.*

*Tribal* (↔) Did you fairly present each claim asserted *I object! state has no juridiction!*
*orders* in this action to the state's highest court?  _X_ Yes ___ No (check one) SEE *Tribal Habeas*
*were* ATTACHMENT: *Corpus was Granted in full!*
*sent to* *The Colorado Supreme Court did act. We Sent (4) notices.*
*the Colorado* If you answered "No," please identify which claim(s) have not been fairly presented to the state's
*Supreme* highest court and explain why: SEE ATTACHMENT: *I object! State has no juridiction*
*Court* *Tribal Habeas Corpus was Granted In full!*
*see Exibit*
*all ready* **H.    PRIOR FEDERAL ACTIONS** *I object! To this form as it is for*
*file in* *States, not Tribal Courts as it should be*
*this court.* Have you filed any prior actions in any federal court challenging the same conviction or sentence
under attack in this action? ___ Yes _X_ No (check one). SEE ATTACHMENT:

If the instant action is a second or successive application, have you obtained authorization from
the United States Court of Appeals for the Tenth Circuit for this court to consider the
*Pg X* application?  ___ Yes ___ No (check one). SEE ATTACHMENT: *None*
*I object↗*   *N/A*

*Complete this section of the form if you have filed a prior federal action challenging the same
conviction or sentence under attack in this action.  If you have initiated more than one prior
action, use additional paper to provide the requested information for each prior action.*

F. Statement of Claims: See: Grounds for relief

1- State of Colorado gave up their Juridiction!

2- State of Colorado does not have Juridiction over Tribal member Alan DeAtly, Colorado must dismiss and release DeAtly the same day this is signed Tribal Court has issued many orders all without objection or conflict. Tribal Habeas Corpas was Granted in full. The U.S. District court must now issue the Federal Habeas Coarpus all with out any interferance by The State of Colorado or any other party as Tribal orders are all absolute with mandate issued all well past the appeal point. No one has challendge any of the tribe Courts orders to a higher tribal Court or a Federal Courts and that point is now well past the appeal point.

3- State of Colorado and Denver County's illegal prosection of tribal members contituted irreparable injury to Tribal sovereignty, The state violates the Treat/agrement and Tribal Court Order's of Sept 2008 - Dec 2008 with out regaurd violating the rights of Tribe as a reconized Tribal Nation by Colorado and violates Tribal member rights as a whole. These are Federal Question's and this is now an Emergenty, I been told I may have cancer, I will need care that a free man can get not the Lack of Care given by the State of Colorado.

4- State of Colorado and Denver County, Anti-Injunction Act did not bar federal court from issuing preliminary injunction, as The Tribal Court did issue and The State of Colorado & followed dismissing all act including exception Denver County District Court case following the Tribal Court s Orders in fall at first then later violating all Tribal Court Orders without regaurd

48.

Invasion of Tribal sovereignty can constitute injury warranting injunctive relief.

5. State of Colorado and Denver Countys prosecution of tribal members in state court for alleged tax offenses all on tribal land constituted irreparable injury to tribal sovereignty, thus warranting preliminary injunction barring prosecution, in light of State's failure to provide viable legal argument for its actions and paramount federal policy of ensuring that Indians did not suffer interference with their efforts to develop strong self-government.

6. State and its subdivisions generally lack authority to prosecute Indians for criminal offenses <u>arising</u> in Indian country.

7. Anti-Injunction Acts relitigation exception allows federal court <u>to prevent</u> state litigation of issue that previously was presented to and decided by federal court. 28 U.S.C.A. 2283

8. Anti-Injunction Act did not bar federal court from issuing preliminary injunction barring county and State from prosecuting Tribal members in State Court for alleged tax offenses on Tribal Land where federal court had previously ruled that lands in question were Indian land, (Indian Country) 28 USCA 2283

9. The State of Colorado has given up the General and Subject matter Jurisdiction.

10. Alan DeAtly is a Tribal member you must dismiss all Colorado case's as all are without Jurisdition over the Tribe and Tribal members including Alan DeAtly Tribal member and Granted the U.S. Habeas Corpus in full as writen by the Tribal Court.

G. Exhaustion of State Remedies: Tribal Remedies have been Exhausted

1 - I object! State has no Jurisdiction!

2 - This is a Tribal Case were the Tribe has Granted the Habeas Corpus without objection or conflict.

3 - The U.S. District Court must do the same and Grant the U.S. Habeas Corpus 2254 in full as written by The Tribal Member.

4 - Needless and illegal delays have all ready been ordered to the State of Colorado to pay.

5 - This U.S. District court is required to Grant this U.S. District Court 2254 Habeas Corpus Forth with as The Tribal Habess Corpus was issued in ful. You Must Follow The Tribal courts order.

I. Timelasness of Application:

1 - Tribal Court has ruled this is within the time frame as required. this was brough 11 months from the Exhaustion of these Claims in Tribal Court.

J. Request for relief:

1 - All cases were Deatley is named must dismiss
   in Colorado Courts
All for Lack of Jerisdiction of The Subject matter

2 - All cases were Deatley is named must Release
   in colorado courts
Deatley ameaditley from Prisonor, Jails as Tribal Court ordered

3 - All cases were Deatley is named must erase
   in Colorado Courts
all The Records for ever, all without any possblety
of finding these reecords for ever! again

*Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."* *I object! To this form, this is for States not Tribal Courts as it should be.*

pg ~~???~~ Name and location of court: SEE ATTACHMENTS; *no such action. n/A*

Case number:    *N/A*

Type of proceeding:    *N/A*

Claim(s) raised:    *N/A*

Date and result: (attach a copy if available)    *N/A*

Result on appeal, if appealed:    *N/A*

**I.    TIMELINESS OF APPLICATION**   *I object! State fails to apply federal law!*
*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year* *We the Tribal* *limitation period in 28 U.S.C. § 2244(d). If additional space is needed, use extra paper to explain* *Court is within the* *your answer. Please indicate that additional paper is attached and label the additional pages* *time frame* *regarding timeliness as "I. TIMELINESS OF APPLICATION."* *of 1 year*

pg 50  SEE ATTACHEMENTS   *Tribal Court's Habeas is right on time well within the 1 year.*

**J.    REQUEST FOR RELIEF** *State gave up Juridiction of Subject matter*
*State the relief you are requesting or what you want the court to do. If additional space is needed* *See EX*
*to identify the relief you are requesting, use extra paper to request relief. Please indicate that* *A-K*
pg 50 *additional paper is attached and label the additional pages regarding relief as "J. REQUEST*
*FOR RELIEF." SEE ATTACHMENTS;* *Tribal Habeas Corpus was Granted*
*Alan DeAtly must be released, Therefore U.S. Habeas Corpus*
**K.    APPLICANT'S SIGNATURE** *must be Granted! Every day more*
*damages!*
I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of
Rule 11. *This is a man's life, never in trouble before* *I object*
*These acts are corrupt 7 acts as shown by the*
*State of Colorado all ruled on by the Tribal Court.*
*The Federal Court's form does not allow the Tribal matters*
*to be exsplain as you are required to. I object to this form*
*not addressing Tribal Matter's as you are required to by Federal* *Federal Law.*

T.M., T.S.C., T.J.
(Applicant's signature)

Alan De Atley T.M. T.S.C, T.J.

(Date) 7/29/19

(Form Revised December 2017)

.52.

*Exhibits 1-19 pages.*

*EX-1*

# STATE OF COLORADO



**Division of Real Estate**
**Erin Toll**
Director

Department of Regulatory Agencies
D. Rico Munn
Executive Director

1560 Broadway, Suite 925
Denver, Colorado 80202
Phone: (303) 894-2166
Fax:    (303) 894-2683
www.dora.state.co.us/real-estate

Bill Ritter, Jr.
Governor

Timothy C. Gerking
Brophy, Mills, Schmor
Gerking, Brophy & Paradis, LLP
P.O. Box 128
Medford, OR 97501

Dear Mr. Gerking,

This letter is to confirm that the Colorado Board of Real Estate Appraisers has withdrawn the subpoena issued to Dean A. Myers and dated July 25, 2008. The Board is also withdrawing the letter requesting documents that was dated June 20, 2008. If you should have any questions or concerns, please contact Jack Wesoky at (303) 866-5512.

Sincerely,

Marcia Waters
Investigations and Compliance Director

*1*



RECEIVED

SEP 1 9 2008

POWERS & THERRIEN, P.S.

JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado  80203
Phone (303) 866-4500

September 16, 2008

Leslie Powers, Esq.
Powers & Therrien, P.S.
3502 Tieton Drive
Yakima, WA  98902

Via email and U.S. Mail

RE:   Latgawa Native American Indian Tribe, etc v. Dean Myers, et. al

Dear Mr. Powers:

This will confirm our telephone conversation of earlier today in which I advised you that the Board of Real Estate Appraisers is withdrawing the subpoena duces tecum to Dean Myers dated July 25, 2008, and the letter to Mr. Myers dated June 20, 2008, in which the Board requested documents related to the appraisals Mr. Myers performed in Jackson County, Colorado which forms the basis for the above entitled matter.  The withdrawal of both is without prejudice to the Board's ability to send a new letter requesting documents or a new subpoena.  Also, pursuant to Colorado Rule of Civil Procedure 41 (a)(1)(A) (identical to Fed. R. Civ. P. 41 (a)(1)(A)), I will be filing a Notice of Dismissal of the subpoena enforcement action filed in the Denver District Court on behalf of the Board seeking Mr. Myers' compliance with the subpoena duces tecum. The Board's action moots the above entitled claim for declaratory relief and motion to quash filed in that matter and I will assume that you will dismiss it as moot.  If you do not let me know so that I can file an appropriate response to the complaint.

Sincerely,

FOR THE ATTORNEY GENERAL

JACK M. WESOKY
Senior Assistant Attorney General
Financial Unit
Business & Licensing Section
303-866-5512
303-866-5395 (FAX)
Email:  jack.wesoky@state.co.us

Cc:  Timothy C. Gerking, Esq.



JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

September 16, 2008

Timothy C. Gerking, Esq.
Brophy, Mills, Schmor, Gerking,
Brophy & Paradis, LLP          Via email and U.S. Mail
P.O. Box 128
Medford, OR 97501

RE:   Dean A. Myers v. Colorado Board of Real Estate Appraisers,
      U.S.D.C. Oregon, Case No. 08-3091-PA

Dear Tim:

This will confirm our telephone conversation of yesterday in which I advised you that the Board
of Real Estate Appraisers is withdrawing the subpoena duces tecum to Mr. Myers dated July 25,
2008, and the letter to Mr. Myers dated June 20, 2008, in which the Board requested documents
related to the appraisals Mr. Myers performed in Jackson County, Colorado.  The withdrawal of
both is without prejudice to the Board's ability to send a new letter requesting documents or a
new subpoena.  Also, pursuant to Colorado Rule of Civil Procedure 41 (a)(1)(A) (identical to
Fed. R. Civ. P. 41 (a)(1)(A)), I will be filing a Notice of Dismissal of the subpoena enforcement
action filed in the Denver District Court.  The Board's action moots the above entitled claim for
declaratory relief and motion to quash filed in that matter and I will assume that you will dismiss
it as moot. If you do not let me know so that I can file an appropriate response to the complaint.

Sincerely,

FOR THE ATTORNEY GENERAL

JACK M. WESOKY
Senior Assistant Attorney General
Financial Unit
Business & Licensing Section
303-866-5512
303-866-5395 (FAX)
Email: jack.wesoky@state.co.us

Cc: Leslie Powers, Esq.



JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

# STATE OF COLORADO
## DEPARTMENT OF LAW
### OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

**RECEIVED**

September 25, 2008

Leslie Powers, Esq.
Powers & Therrien, P.S.
3502 Tieton Drive
Yakima, WA 98902

SEP 30 2008

POWERS & THERRIEN, P.S.

RE:   Latgawa Native American Indian Tribe, etc v. Dean Myers, et al; Colorado Board of
      Real Estate Appraisers Subpoena to Dean A. Myers

Dear Mr. Powers:

Enclosed is a copy of a letter from the Board of Real Estate Appraisers sent to Dean A.
Myers, through his counsel, withdrawing the subpoena which forms the basis for the above
entitled matter pending in the Latgawa Indian Tribal Justice Court. Also enclosed is the
Notice of Dismissal of the subpoena enforcement action filed in the Denver District Court on
behalf of the Board seeking Mr. Myers' compliance with the subpoena duces tecum. Based
on this and my pervious correspondence I assume that you will dismiss the above law suit as
moot. If you do not let me know so that I can file an appropriate motion to dismiss based on
mootness or lack of a case or controversy.

Thank you for your attention and please contact me if you wish to discuss the matter further.

Sincerely,

FOR THE ATTORNEY GENERAL

JACK M. WESOKY
Senior Assistant Attorney General
Financial Unit
Business & Licensing Section
303-866-5512
303-866-5395 (FAX)
Email: jack.wesoky@state.co.us

Encs.

4

**From:** "LexisNexis File & Serve" <efile@fileandserve.lexisnexis.com>
**To:** <janet.aguilar@state.co.us>
**Date:** 9/26/2008 11:16 AM
**Subject:** Case: 2008CV7464; Transaction: 21704247 Transaction Receipt

To: Janet Aguilar
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected was "File Only".

Case Number: 2008CV7464
Transaction ID: 21704247
Document Title(s):
    Notice of Dismissal (1 page)
Authorized Date/Time: Sep 26 2008 11:14AM MDT
Authorizer: Jack Wesoky
Authorizer's Organization: CO Attorney General
Sending Parties:
    COLO BRD OF REAL EST APPRAISERS

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

*Ex - 6*

| | |
|---|---|
| DISTRICT COURT,<br>CITY AND COUNTY OF DENVER<br><br>1437 Bannock Street<br>Denver, CO 80202 | |
| COLORADO BOARD OF REAL ESTATE<br>APPRAISERS,<br>Petitioner,<br><br>v.<br><br>DEAN A. MYERS,<br>Respondent. | ▲ COURT USE ONLY ▲ |
| JOHN W. SUTHERS, Attorney General<br>JACK M. WESOKY, Assistant Attorney General*<br>1525 Sherman Street, 5th Floor<br>Denver, CO 80203<br>303-866-5512<br>Registration Number: 6001<br>*Counsel of Record | Case No.: 2008CV7464 |
| **NOTICE OF DISMISSAL** | |

Petitioner, the Colorado Board of Real Estate Appraisers ("Board"), by undersigned counsel, pursuant to C.R.C.P. 41 (a)(1)(A), dismisses this matter.

Respectfully submitted this 26th day of September, 2008.

JOHN W. SUTHERS
Attorney General

*E-filed in accordance with C.R.C.P. 121, § 1-26; duly signed original on file with the Office of Attorney General for the State of Colorado*

/s/ JACK M. WESOKY

JACK M. WESOKY, 6001*
Senior Assistant Attorney General
Business & Licensing Section
Attorneys for Board of Real
Estate Appraisers
*Counsel of Record

Received:

Dec 22 2008 09:20am

DEC-22-2008  09:23PM  FROM-DEPT OF LAW                3039665395        T-170  P.006/014  F-446

**RECORDED**
In Latgawa Indian Tribal Justice
Court Clerk's Office
12-23-08

515707

Cashier Section
Latgawa Court Clerk
Latgawa Native American Indian Tribe

1

CERTIFICATE OF SERVICE

2    I certify under penalty of perjury under the laws and rules of
The Latgawa Indian Tribal Justice Court, that on this day I served
a true copy of this document on the Defendant named herein,
3    properly addressed as follows: Greg Schuler; Dean Myers;
and, Brown, Chudleigh, Schuler, Myers, and Associates at
2800 Biddle Road, Medford, OR 97504 by:

4    ___X___  US First-Class Mail, postage prepaid
_____ US Registered Mail, postage prepaid
5    _____ US Certified Mail, postage prepaid
_____ Personal Service
6    _____ Facsimile Transmission

7    Signed _____  12/23/08
                                Date

8    **BEFORE THE LATGAWA INDIAN TRIBAL JUSTICE COURT**
**LATGAWA NATION**

9

10   LATGAWA NATIVE AMERICAN INDIAN )
TRIBE and CONFEDERATED TRIBES— )
11   ROGUE—TABLE ROCK AND          )    Cause No. 09CV08247-01
ASSOCIATED TRIBES (LAND TRUST), )
12                                 )
              Petitioner,          )
13                                 )    DECLARATION OF LESLIE POWERS IN
     vs.                           )    SUPPORT OF APPLICATION OF JACK
14                                 )    WESOKY FOR PRO HAC VICE
DEAN MYERS, GREG SCHULER,          )    ADMISSION
15   BROWN, CHUDLEIGH, SCHULER,     )
MYERS AND ASSOCIATES, and the      )
16   COLORADO BOARD OF REAL ESTATE  )
APPRAISERS, a public body and political )
17   agency and subdivision of the State of )
Colorado,                          )
18                                 )
              Defendants.          )
19

**TO:  DEAN MYERS, GREG SCHULER, and BROWN, CHUDLEIGH, SCHULER,**
20   **MYERS AND ASSOCIATES (the "Appraisers");**
**AND TO: COLORADO BOARD OF REAL ESTATE APPRAISERS, a public body and**
21   political agency and subdivision of the State of Colorado (the "Board"), collectively
the "Defendants".

22

23         I, Leslie Powers of Powers & Therrien, P.S., under penalty of perjury for the

24   state of Washington, declare as follows:

25

DECLARATION OF LESLIE POWERS IN              POWERS & THERRIEN, P.S.
SUPPORT OF APPLICATION OF JACK WESOKY        3502 TIETON DRIVE
FOR PRO HAC VICE ADMISSION - 1               YAKIMA, WA 98902
                                             509-453-8906

7

Received:                                    Dec 22 2008 09:20am
DEC-22-2008  09:24PM  FROM-DEPT OF LAW                3038665305            T-170   P.007/014   F-446

1.     I maintain in office in Yakima, Washington, and I am admitted to practice law before the Latgawa Tribal Court.

2.     Jack Wesoky counsel for the Colorado Board of Real Estate Appraisers, a public body and political agency and subdivision of the State of Colorado, a party in the above-captioned matter.  Mr. Wesoky is not admitted to practice in the Latgawa Tribal Court.

3.     My clients and Mr. Wesoky's client have agreed to submit a stipulated order of dismissal of Mr. Wesoky's client from the above captioned matter and to enter certain agreements contained therein.  To permit Mr. Wesoky to execute the stipulated order of dismissal and submit same to the Latgawa Tribal Court, Mr. Wesoky must be admitted on a limited basis to practice before the Latgawa Tribal Court.  For my client and to confirm Mr. Wesoky's representation, I am executing and presenting the stipulated order of dismissal of the Colorado Board of Real Estate Appraisers from the above action with Mr. Wesoky.  By such execution, I confirm that Mr. Wesoky will otherwise comply with the Rules of the Court.

DATED this 18th day of December, 2008, at Yakima, Washington.

Leslie A. Powers
Powers & Therrien, P.S.
Attorney for Petitioners
3502 Tieton Drive
Yakima, WA 98902
Phone: (509) 453-8906
Fax: (509) 453-0745

DECLARATION OF LESLIE POWERS IN
SUPPORT OF APPLICATION OF JACK WESOKY
FOR PRO HAC VICE ADMISSION - 2

POWERS & THERRIEN, P.S.
3502 TIETON DRIVE
YAKIMA, WA 98902
509-453-8906

Received:
DEC-22-2008  09:24PM   FROM-DEPT OF LAW          Dec 22 2008 09:20am
3038665305          T-170   P.007/014   F-446

1.    I maintain in office in Yakima, Washington, and I am admitted to practice law before the Latgawa Tribal Court.

2.    Jack Wesoky counsel for the Colorado Board of Real Estate Appraisers, a public body and political agency and subdivision of the State of Colorado, a party in the above-captioned matter.  Mr. Wesoky is not admitted to practice in the Latgawa Tribal Court.

3.    My clients and Mr. Wesoky's client have agreed to submit a stipulated order of dismissal of Mr. Wesoky's client from the above captioned matter and to enter certain agreements contained therein.  To permit Mr. Wesoky to execute the stipulated order of dismissal and submit same to the Latgawa Tribal Court, Mr. Wesoky must be admitted on a limited basis to practice before the Latgawa Tribal Court.  For my client and to confirm Mr. Wesoky's representation, I am executing and presenting the stipulated order of dismissal of the Colorado Board of Real Estate Appraisers from the above action with Mr. Wesoky.   By such execution, I confirm that Mr. Wesoky will otherwise comply with the Rules of the Court.

DATED this 18th day of December, 2008, at Yakima, Washington.

Leslie A. Powers
Powers & Therrien, P.S.
Attorney for Petitioners
3502 Tieton Drive
Yakima, WA 98902
Phone: (509) 453-8906
Fax: (509) 453-0745

DECLARATION OF LESLIE POWERS IN
SUPPORT OF APPLICATION OF JACK WESOKY
FOR PRO HAC VICE ADMISSION - 2

POWERS & THERRIEN, P.S.
3502 TIETON DRIVE
YAKIMA, WA 98902
509-453-8906

EX-7

Received:

Dec 22 2008 09:20am

DEC-22-2008  09:24PM   FROM-DEPT OF LAW                    3038665395           T-170   P.008/014   F-446

Jack Wesoky
Attorney for Colorado Board of Real
Estate Appraisers
State of Colorado
Office of the Attorney General
1525 Sherman Street – 7th Floor
Denver, CO  80203
Phone: (303) 866-5512
Fax: (303)866-5395

DECLARATION OF LESLIE POWERS IN
SUPPORT OF APPLICATION OF JACK WESOKY
FOR PRO HAC VICE ADMISSION - 3

POWERS & THERRIEN, P.S.
3502 TIETON DRIVE
YAKIMA, WA 98902
509-453-8906

10

Received:                           Dec 22 2008 09:21am

DEC-22-2008  09:24PM  FROM-DEPT OF LAW                        3038665385        T-170  P.010/014  F-446

1   this motion; now, therefore, it is hereby ORDERED that the Motion for Admission of

2   Jack Wesoky Pro Hac Vice for the purpose of executing and presenting the stipulated

3   order of partial dismissal is granted.

4        DATED this _23_ day of December, 2008.

5

6                                           _____
                                            JUDGE
7

8

9                                           Presented by:

10

11                                          _____
                                            Leslie A. Powers
12                                          Powers & Therrien, P.S.
                                            Attorney for Petitioners
13                                          3502 Tieton Drive
                                            Yakima, WA  98902
14                                          Phone: (509) 453-8906
                                            Fax: (509) 453-0745
15

16                                          _____
                                            Jack Wesoky
17                                          Attorney for Colorado Board of Real
                                            Estate Appraisers
18                                          State of Colorado
                                            Office of the Attorney General
19                                          1525 Sherman Street – 7th Floor
                                            Denver, CO  80203
20                                          Phone: (303) 866-5512
                                            Fax: (303)866-5395
21

22

23

24

25

ORDER GRANTING MOTION FOR ADMISSION                POWERS & THERRIEN, P.S.
PRO HAC VICE OF JACK WESOKY - 2                           3502 TIETON DRIVE
                                                          YAKIMA, WA 98902
                                                            509-453-8906

E 1 - 8

Received:                                    Dec 22 2008 09:19am

DEC-22-2008  08:22PM   FROM-DEPT OF LAW                          3038665305           T-170   P.003/014   F-446

| 1 | | |
|---|---|---|

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury under the laws and rules of
The Latgawa Indian Tribal Justice Court, that on this day I served
a true copy of this document on the Defendant named herein,
properly addressed as follows:  Greg Schuler;
Dean Myers; and, Brown, Chudleigh, Schuler, Myers,
and Associates at 2800 Biddle Road, Medford, OR  97504 by:

  X    US First-Class Mail, postage prepaid
_____ US Registered Mail, postage prepaid
_____ US Certified Mail, postage prepaid
_____ Personal Service
_____ Facsimile Transmission

Signed _____   12/23/08 _____
                                              Date

**RECORDED**
In Latgawa Indian Tribal Justice
Court Clerk's Office
10-23-08
515707

**Cashier Section**
Latgawa Court Clerk

**BEFORE THE LATGAWA INDIAN TRIBAL JUSTICE COURT**
**LATGAWA NATION**

LATGAWA NATIVE AMERICAN INDIAN )
TRIBE and CONFEDERATED TRIBES— )
ROGUE—TABLE ROCK AND            )    **Cause No. 09CV08247-01**
ASSOCIATED TRIBES (LAND TRUST), )
                                )
        Petitioner,             )
                                )    **APPLICATION FOR PRO HAC VICE**
    vs.                         )    **ADMISSION AND AFFIDAVIT OF**
                                )    **JACK WESOKY**
DEAN MYERS, GREG SCHULER,       )
BROWN, CHUDLEIGH, SCHULER,      )
MYERS AND ASSOCIATES, and the   )
COLORADO BOARD OF REAL ESTATE   )
APPRAISERS, a public body and political )
agency and subdivision of the State of )
Colorado,                       )
                                )
        Defendants.             )

**TO:**  DEAN MYERS, GREG SCHULER, and BROWN, CHUDLEIGH, SCHULER,
MYERS AND ASSOCIATES (the "Appraisers");
**AND TO:** COLORADO BOARD OF REAL ESTATE APPRAISERS, a public body and
political agency and subdivision of the State of Colorado (the "Board"), collectively
the "Defendants".

STATE OF COLORADO    )
                     ) ss:
County of  DENVER    )

APPLICATION FOR PRO HAC VICE ADMISSION          POWERS & THERRIEN. P.S.
AND AFFIDAVIT OF JACK WESOKY - 1                 3502 TIETON DRIVE
                                                 YAKIMA, WA  98902
                                                 509-453-8906

Received:
Dec 22 2008 09:19am
DEC-22-2008   09:23PM   FROM-DEPT OF LAW                    3038665305          T-170   P.004/014   F-446

1        I, Jack Wesoky, being duly sworn, deposes and says that the following

2   statements are true and correct:

3        1.    I am the Senior Assistant Attorney General of the Business and

4   Licensing Section practicing law with the Colorado Attorney General's Office, located

5   in Denver, Colorado.  I am a good standing member of the Colorado State Bar.  I do

6   not reside nor maintain an office in a territory subject to the jurisdiction of the

7   Latgawa Court.

8        2.    I represent the Colorado Board of Real Estate Appraisers, a public body

9   and political agency and subdivision of the State of Colorado in the above-captioned

10  matter.

11       3.    Colorado Board of Real Estate Appraisers, a public body and political

12  agency and subdivision of the State of Colorado is one of the Defendants in the above-

13  captioned matter.  This affidavit is submitted in support of my application to be

14  admitted pro hac vice in this matter for the Colorado Board of Real Estate Appraisers,

15  a public body and political agency and subdivision of the State of Colorado.

16       4.    I understand that I am charged with knowing and complying with the

17  Rules of Civil Procedure and Rules of Professional Conduct that apply under the

18  Latgawa Tribal Court.

19       5.    I have not been disbarred or formally censured by a court of record or

20  by a state bar association.

21       6.    There are no pending disciplinary proceedings against me.

22       7.    I hereby request permission to appear, execute and submit a stipulated

23  order of dismissal in the above captioned matter on behalf of the Colorado Board of

24  Real Estate Appraisers, a public body and political agency and subdivision of the

25  State of Colorado.  I will be joined of record in this appearance by attorney Leslie

APPLICATION FOR PRO HAC VICE ADMISSION
AND AFFIDAVIT OF JACK WESOKY - 2

POWERS & THERRIEN, P.S.
3502 TIETON DRIVE
YAKIMA, WA 98902
509-453-8906

1   Powers of Powers and Therrien, P.S., who is admitted to practice before the Latgawa

2   Tribal Court and who will sign all pleadings prior to filing and otherwise comply with

3   this court.

4

5                                                    Jack Wesoky

6        SUBSCRIBED AND SWORN to before me this 18th day of December, 2008.

7

8

9                                          NOTARY PUBLIC in and for the State

10                                         of Colorado, Residing at
                                           DENVER, Colorado.

11                                         My Commission expires: 5/24/09

12

13

14

15                                         Leslie A. Powers
                                           Powers & Therrien, P.S.
16                                         Attorney for Petitioners
                                           3502 Tieton Drive
17                                         Yakima, WA  98902
                                           Phone: (509) 453-8906
18                                         Fax: (509) 453-0745

19

20

21                                         Jack Wesoky
                                           Attorney for Colorado Board of Real
22                                         Estate Appraisers
                                           State of Colorado
23                                         Office of the Attorney General
                                           1525 Sherman Street – 7th Floor
24                                         Denver, CO  80203
                                           Phone: (303) 866-5512
25                                         Fax: (303)866-5395

APPLICATION FOR PRO HAC VICE ADMISSION              POWERS & THERRIEN, P.S.
AND AFFIDAVIT OF JACK WESOKY - 3                       3502 TIETON DRIVE
                                                       YAKIMA, WA  98902
                                                        509-453-8906

14

Received:                          Dec 22 2008 09:20am

DEC-22-2008  09:24PM  FROM-DEPT OF LAW          3038665385        T-170  P.008/014  F-446

| 1 | CERTIFICATE OF SERVICE |
|---|---|

I certify under penalty of perjury under the laws and rules of
The Latgawa Indian Tribal Justice Court, that on this day I served
a true copy of this document on the Defendant named herein,
properly addressed as follows: Greg Schuler; Dean Myers;
and, Brown, Chudleigh, Schuler, Myers, and Associates at
2800 Biddle Road, Medford, OR 97504 by:

  X   US First-Class Mail, postage prepaid
_____ US Registered Mail, postage prepaid
_____ US Certified Mail, postage prepaid
_____ Personal Service
_____ Facsimile Transmission

Signed _____     Date 12/23/08

**RECORDED**
In Latgawa Indian Tribal Justice
Court Clerk's Office
12-23-08

**515701**

Cashier Section
Latgawa Court Clerk

Latgawa Native American Indian Tribe

**BEFORE THE LATGAWA INDIAN TRIBAL JUSTICE COURT**
**LATGAWA NATION**

LATGAWA NATIVE AMERICAN INDIAN )
TRIBE and CONFEDERATED TRIBES— )
ROGUE—TABLE ROCK AND )        **Cause No. 09CV08247-01**
ASSOCIATED TRIBES (LAND TRUST), )
                               )
          Petitioner,          )
                               )        ORDER GRANTING MOTION FOR
     vs.                       )        ADMISSION PRO HAC VICE OF
                               )        JACK WESOKY
DEAN MYERS, GREG SCHULER,      )
BROWN, CHUDLEIGH, SCHULER,     )
MYERS AND ASSOCIATES, and the  )
COLORADO BOARD OF REAL ESTATE  )
APPRAISERS, a public body and political )
agency and subdivision of the State of )
Colorado,                      )
                               )
          Defendants.          )

TO:  DEAN MYERS, GREG SCHULER, and BROWN, CHUDLEIGH, SCHULER,
MYERS AND ASSOCIATES (the "Appraisers");
AND TO: COLORADO BOARD OF REAL ESTATE APPRAISERS, a public body and
political agency and subdivision of the State of Colorado (the "Board"), collectively
the "Defendants".

        THIS MATTER having come before the court upon the Application of Jack

Wesoky for Admission Pro Hac Vice of Jack Wesoky, State of Colorado Office of the

Attorney General, and the court having considered the file and documents filed with

**ORDER GRANTING MOTION FOR ADMISSION**          **POWERS & THERRIEN, P.S.**
**PRO HAC VICE OF JACK WESOKY - 1**                   3502 TIETON DRIVE
                                                    YAKIMA, WA 98902
                                                    509-453-8906

15

Ex - 9

Received:                                   Dec 22 2008 09:21am

DEC-22-2008  09:24PM  FROM-DEPT OF LAW                    3038665395        T-170  P.010/014  F-446

1   this motion; now, therefore, it is hereby ORDERED that the Motion for Admission of

2   Jack Wesoky Pro Hac Vice for the purpose of executing and presenting the stipulated

3   order of partial dismissal is granted.

4         DATED this 23 day of December, 2008.

6   _____
    JUDGE

8
9         Presented by:

10  _____
11    Leslie A. Powers
      Powers & Therrien, P.S.
12    Attorney for Petitioners
13    3502 Tieton Drive
      Yakima, WA  98902
14    Phone: (509) 453-8906
      Fax: (509) 453-0745
15

16  _____
      Jack Wesoky
17    Attorney for Colorado Board of Real
      Estate Appraisers
18    State of Colorado
      Office of the Attorney General
19    1525 Sherman Street – 7th Floor
      Denver, CO  80203
20    Phone: (303) 866-5512
      Fax: (303)866-5395
21

22
23
24
25

ORDER GRANTING MOTION FOR ADMISSION        POWERS & THERRIEN, P.S.
PRO HAC VICE OF JACK WESOKY - 2                 3502 TIETON DRIVE
                                                 YAKIMA, WA  98902
                                                   509-453-8906

16

*E x - 1*

DEC-22-2008  09:25PM   FROM-DEPT OF LAW

Received:

Dec 22 2008 09:21am
3038665395          T-170   P.011/014   F-446

RECORDED
In Latgawa Indian Tribal Justice
Court Clerk's Office
*12-23-08*

515709

Cashier Section
Latgawa Court Clerk  *H-M*
Latgawa Native American Indian Tribe

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws and rules of
The Latgawa Indian Tribal Justice Court, that on this day I served
a true copy of this document on the Defendant named herein,
properly addressed as follows:  Greg Schuler; Dean Myers;
and, Brown, Chudleigh, Schuler, Myers, and Associates at
2800 Biddle Road, Medford, OR  97504 by:

X  US First-Class Mail, postage prepaid
___ US Registered Mail, postage prepaid
___ US Certified Mail, postage prepaid
___ Personal Service
___ Facsimile Transmission

Signed _____   Date  12/23/08

## BEFORE THE LATGAWA INDIAN TRIBAL JUSTICE COURT
## LATGAWA NATION

| | |
|---|---|
| LATGAWA NATIVE AMERICAN INDIAN ) | |
| TRIBE and CONFEDERATED TRIBES - ) | |
| ROGUE TABLE ROCK AND ) | Cause No.  09CV08247-01 |
| ASSOCIATED TRIBES (LAND TRUST), ) | |
| ) | |
| Petitioners, ) | STIPULATED ORDER |
| ) | |
| vs. ) | |
| ) | |
| DEAN MYERS, GREG SCHULER, ) | |
| BROWN, CHUDLEIGH, SCHULER, ) | |
| MYERS AND ASSOCIATES, and the ) | |
| COLORADO BOARD OF REAL ESTATE ) | |
| APPRAISERS, a public body and political ) | *State of Colorado* |
| agency and subdivision of the State of ) | |
| Colorado, ) | |
| ) | |
| Defendants. ) | |

## STIPULATED ORDER OF PARTIAL DISMISSAL

THIS CAUSE came on to be heard upon the verified Complaint of the Petitioners

together with the Affidavits in support thereof and the Order for Preliminary Injunction entered

by this Court on the 22nd day of September, 2008, together with the letter proffered by counsel

Stipulated Order in Lieu of Permanent Injunction - 1

*17*

Received:
DEC-22-2008  08:25PM   FROM-DEPT OF LAW

Dec 22 2008 09:21am
3038665305          T-170  P.012/014  F-446

$Ex-E$

for the Petitioners which had been made a part of this record from the Colorado Board of Real

Estate Appraisers ("CBOREA") stating that the CBOREA was withdrawing the subpoena to

Dean A. Myers which formed the basis for this action without prejudice.

THIS COURT having considered the evidence and the arguments of counsel for

Petitioners, that the Defendants were or were about to commit acts as set forth in the Petitioners'

Complaint; and that the subpoena issued by CBOREA had not been withdrawn with prejudice,

this Court, entered an Order of Injunction. Petitioners have informed the Court and have

stipulated (the "Stipulation") that after the entry of the injunction the CBOREA has withdrawn

the subpoena without prejudice, dismissed the action against the appraiser, Dean A. Myers,

pending in the District Court in the State of Colorado to enforce the subpoena, and agreed to

provide written notice to the Petitioners through their counsel and the Court at least fourteen (14)

*State of Colorado*

days in advance of any further action by the CBOREA to solicit the information identified in,

sought from or subject to the subpoena served by CBOREA on Defendant, Dean A. Myers from

any Defendant or other person or entity by use of subpoena or request as may be authorized by

CBOREA rules or Colorado statute or legal process and further agreed to be subject to the

continuing jurisdiction of this Court as to such agreement.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

1.  The Court finds that it has jurisdiction of the subject matter of this Action and the

parties thereto and will retain jurisdiction over the Stipulation and agreements of the parties

recited herein.

2.  The Stipulation as set forth above between defendant, the CBOREA, and

Petitioners, the Latgawa Native American Indian Tribe, and Confederated Tribes, Rogue-Table

Stipulated Order in Lieu of Permanent Injunction - 2



Received:

DEC-22-2008   08:26PM   FROM-DEPT OF LAW

Dec 22 2008 09:22am

3038665395          T-170   P.014/014   F-446

JOHN NEWKIRK, TRIBAL JUDGE

Stipulated Order in Lieu of Permanent Injunction - 4

19

LEGAL MAIL

Alan DeAtley T.M. 1726060

12750 Hwy 96, Ln 13
Ordway, Colorado 81034
mailed 8/5/19 legal mail
Do date is 8/8/19   If this package has been tampered
with please report to the Post office!
That is "mail Fraud"

COLORADO CORRECTIONS
UNCENSORED
INMATE MAIL

Office of The Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, Colorado 80294-3589

Personal.    and    mail

Legal    Confedential

LEGAL USE ONLY

FOREVER USA    FOREVER USA

neopost
08/07/2019
US POSTAGE
ZIP 81034
$01.70⁰
041L11233952

AUCF
FACILITY                    08-06-19
                            DATE RCVD
Hopkhunt          13492   JA
STAFF LAST NAME    ID#      INT
172066 Leahy                DD
DOC#        OFFENDER NAME    INT

Legal          Mail

If this package's has been Tampered
with in any way report it to the Post
office, that is "Mail fraud"
$1,000,000 fines    10-30 years in prison.

Personal          Confedentical

Legal          Mail