THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-01326 G.A.G. + L.T.B.

Alan De Atley, Tribal member,

Plaintiff,

v.

Executive Director of C.D.O.C.
Warden of A.V.C.F. +
Colorado A.G. Phil Wieser.

Mailed legal mail 8/5/19

Defendant. Except this is AS timely filed by Alan De Atley T.M. on 8/5/19 The Condition in this A.V.C.F. Prison is well below state + federal standards The Court order was recieved 7/25/19 2:30pm do date is 8/7/19 by Legal mail. Plaintiff's Objection to Magistrate Judge Gallagher's Recommendation to Dismiss, Asking Judge Gallagher + Babock to reconsider, this is wrong what they have done to me! Im innocent! also Notice of Appeal to U.S. District Court of Appeal + Cert request

Comes now Plaintiff, Alan De Atley Tribal member does here by Object to the recommendation of Judge Gallagher to dismiss this Habeas Corpus. Alan De Atley T.M. Does hereby forgive's the evil in Judge Gallagher's recommendation; The Lord has Taken away the Judgements against Alan De Atley T.M., he has cleared away your enemies, The King of Israel, the Lord is in Alan De Atley's midst; you shall never again fear evil. Behold, at that time I will deal with all your oppressors. at the time when I gather you together: for I will make you renowned and praised among all the people of the earth, when I restore your fortunes before your eyes Says the Lord, But when it was day, the Magistrates sent the police, saying, "Let those men go!"

Again I am conserned that people are interfering with these Motion's, 1915, 2254 and other documents that are for my rights and afforded to me as a Tribal member and within the United States as quarentied by Congress and the United States Supreme Court. The Prison must be interfering with

1

- The Tenth Circuit Court of Appeals order, that this U.S. District Court must order in this U.S. Habeas Corpus as same facts leading to same court order in the U.S. District Court with Judge Babock in Alan De Atley Tribal member be prosecuted illegally all without jurisdiction as agreed as a Treaties, stipulated to the Tribal Courts order of the injunction, and the retaining of the juridiction of the Subject matter over these Tribal documents all stolden from the tribal Land all without any permition or a tribal Courts order. Theft committed by The State of Colorado.

- This U.S. Court must follow this Tenth Cir. Court of Appeals ruling, from Judge Gorsuch.

- This U.S. Court must rule as an "Anti-Injunction Act's relitigation exception allows federal court to prevent state litigation of issue that previously was presented to and decided by federal court > 28 U.S.C.A. § 2283."

- This U.S. Court must rule as an "Anti-Injunction Act's did not bar federal court from issuing preliminary injunction barring States and Countys from prosecuting tribal members in State court for alleged Tax offenses all on tribal Land, Tribal Conservation Easements and tribal tax credits the base for these action all where federal court had previously ruled that Lands in question were Indian Country > 28 U.S.C.A. § 2283.

- Doctrine of Tribal sovereign immunity extends to counter claims Lodged against plaintiff Tribe, even compulsory counter claims.

- State of Colorado officials chose" to disregard the binding effect of the Tenth Circuit decision in order to attempt to relitigate the boundary dispute. Id. As a vehicle for their efforts, they decided to prosecute Tribal members in state court for conduct

i

occurring within the tribal conservation easements and Tribal tax credits all recognized by the State of Colorado see Indictment of DeAtley, Davis and Zamzow. This of course, the State had no buisness doing. The Latgawa. and Confederate Tribes. held the conservation easements and tax credits all in the tribal 501C3 see indictment clearly shows all was transferred to the tribal 501C3, that now according to Solom (B) is Indian Country See 773 F. 2d at 1093; >18 U.S.C.3 1151 ("defining Indian Country") and within Indian Country, only the federal government or an Indian tribe may prosecute Indians for criminal, said criminal offenses See> DeCoteau V. Dist. County Court 420 U.S. 425, 427 + n.2, 95 S.Ct. 1082 43 L. Ed. 2d 300 (1975); Solem V. Bartlett, 465 U.S. 463 465, n 2, 104 S. Ct 1161, 79 L Ed. 2d 443 (1984). > Bartlett, 465 U.S. at 465 n. 2, 104 S. Ct. 1161 (citation omitted). But unless Congress provides an exception to the rule--and it hasn't here-- states possess" "no authority" to prosecute Indians for offenses in > Indian County. > Cheyenne-Arapaho Tribes v. Oklahoma, 618 F. 2d 665, 668 (10th Cir 1980)> 18 U.S.C. 3 1162 allowing certain states but not Colorado to exercise Juridiction.

This U.S. District Court must Grant U.S. Habeas Corpus as the Tribal Court did, in full with out question, following the very clear federal Law as required by The Tenth Cir Court of Appeal in >790 F. 3d 1000 U.S. Court of Appeals, Tenth circuit UTE Indian Tribe v. The State of UTAH.

(1) State and County's prosecution of Tribal member constituted irreparable injury to tribal Sovereignty.
(2) Anti-Injunction Act did _not_ Bar Federal Court from issuing preliminary injunction:

Judge Galleher and Judge Babcock You must Grant the U.S. Habeas Corpus in full.

i

Alan DeAtley Tribal member

- Does hereby Object to the Claims of Judge Gallagher. Judge Gallagher states that if he failed to file an amended application that complied with the directives in the Order the action would be dismissed without further notice.

- Then The Judge states II, Legal Standards, The Court must construe the July 3rd Amended Application Liberally, because Applicant is not represented by an attorney, See Haines v. Kerner 404 U.S. 519, 520 21 (1972) Hall v. Bellman, 935 F.2d 1106, 1110 (10th Cir 1991) However, the Court will not act as an advocate for a pro se litigant, See, Hall, 935 F.2d at 1110. Applicant further was instructed that he must identify the federal constitutional right allegedly violated in each claim and provide the relevant factual allegations from his situation in support of each asserted claim. Finally Applicant was instructed that prolix, vague and unintelligible pleadings violate the requirements of fed R. Civ 8. Rule Fed R. Civ 8 does not say that see page 9 of the...

- The Judge goes on to write, The July 3, 2019 Application is 162 pages Long. On page Five, Applicant states he is challenging the conviction in State of Colorado Criminal Case No 2010-CR-10309, and that he was convicted on April 12, 2016. See ECF 14 a 5. Rather than provide a clear statement of his claim in the F, Statement of Claims Section of the Court-approved form, Applicant refers to Ex-500 see ECF No 14 at 67. Ex 500 is a copy of the petition that Applicant originally filed in the District of Columbia and to which he refers to in the May 28, 2019 Application rather than completing the 2254 Court-approved form. Also Pages Eighty-four and Eighty-five of the July 3 Amended Application are the pages five and six of the 2254 court-approved form. On pages Five and Six, Applicant concedes that he has not fairly presented each claim to the State's highest court and that a direct appeal is underway regarding the illegal state action ECF No 14 at 84-85. Otherwise, the Application is unintelligible. This is not True

- Applicant also has Attached what appears to be transcript, State court Orders, Tribal court orders, Letters State Court Filing and documents that are captioned as state Court

2.

orders but are signed by Applicant. Overall, the Court is unable to decipher what federal constitutional violations Applicant is attempting to challenge regarding State of Colorado Criminal Case No. 2010 CR 10309.

- Because Applicant has been given two opportunities to submit his claims in a format that is intelligible and to comply with Rule 8 and Local __Rule 5.1(c)__ of the United States District Court for the District of Colorado Local Rules of Practice, which requires a pro se filer to use a Court-approved form to assert Claims, a third attempt to amend is not merited.

- Alan DeAtley tribal members responce. No order to follow Rule 5.1(c) either

1 - Federal constitutional rights that have been violated? See page 9,10,11,12 all. It does not get any more clear than the the pages 9,10,11,12 all sent before!

2 - Violation in each Claim: See page 9,10,11,12 all sent before!

3 - Provide the relevent factual allegations see page 9,10,11,12 all sent before!

4 - Finally that Prolix, vague and unintelligible pleading violates Requirements of Fed R Civ P. 8. See page __6__

5 - Grounds for the Federal Court Jurisdiction, See page 9,10,11,12.

6 - __No order__ to follow Local Rule 5.1(c).

- State Court orders but are signed by Applicant, This shows tampering

- On page (4) of the court's order, 2nd par. Concern me that's not all The document's (There not all list), that were sent? I will address our concerns in this objection of "tampering with mail" and "mail fraud" concerns.

- On page (4) of the court's order, 4th par. Applicant has submitted __PROPER__ Court-approved Forms __BOTH__ times! the Court has directed him to submit his Claim __on a proper form__. He however, has failed to complete the forms, as the form __instructs__ him to do.

- On page (2) of the Courts order, (12) is not on proper form (must use the Court's current form used in filing a habeas corpus action, either a 28 U.S.C. 2241 action, which challenges the execution of a sentence or a 28 USC 2254 action which challenge the validity of a conviction) We've comply Twice same form. Even thow the court's Order is ordering us, unjustly admitting we complied Both times!

3.

• *FURTHER ORDERED* that Mr. De Atley shall obtain the current court-approved <u>Forms</u> used in filling a proper habeas corpus action and a Prisoner's Motion and Affidavit (with the assistance of his case manager or the facility's Legal assistant) along with the applicable instructions at www.cod.uscourts.gov. for use in curing <u>deficiencies.</u> overall ▓▓ DeAtley is unable to decipher what the Judge wants.

• We did all of this completely and now admitted to by Judge Gallegher him self. <u>We complied!</u>

• In the pryor Order the Judge did not Order us to complete the forms as the form instructed us to do.

• But we did follow the instruction as the forms instructed us to do. <u>See E. PostConviction Proceedings</u> See Pages <u>42</u> <u>use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and Label the additional pages regarding previous Lawsuit as "E. PostConviction Proceedings.</u> see

• Attachment. page <u>42</u>. We have complied!

• See Page(3) Pursuant to Fed R Civ P. 8. a pleading shall contain (i) a short + plain statement of courts Jurisdiction, all Tribal matter having to do with the Tribal Habeas corpus have been Exhausted in full see page 9,10,11,12 Federal court has been Order To comply

F. Statement of Claims

State clearly and concisely every claim you are asserting in this action. For each claim specify the right that allegedly has been violated and all facts that support your claim. <u>If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue That claim or to assert the additional claims Please indicate that additional paper is attached and Label The additional pages regarding the Statement of Claims "F Statement of Claims. See page</u> 9,10,11,12 <u>We have Complied!</u>

• G. Exhaustion of ▓▓▓▓▓ or Tribal Remedies See Pg 9,10,11,12

Tribal Habeas has been Granted! All matters having to do

4.

with this Tribal Habeas Courpus have been Exhausted in full. There have been no challenges to a higher Tribal Court, no objections by any one, thus no conflicts, court has ruled and has made this absolute and with mandate issued. all matters having to do with the Tribal Habeas Corpus are Exhausted in full. Tribal Court Order's the U.S. District Court to follow the US. Tenth Cir Court case UTE Indian Tribe v. State of Utah 790 F.3d 1000 as required and Grant the U.S. Habeas Corpus in full as the Tribal Court has.

- Once again I object, The State of Colorado has given up the jurisdiction over these matters as a whole now. State of Colorado has violated Tribal Law, Tribal Treaties Tribal agreement between the To. The State of Colorado will not rule against its self. This question of Tribal Law 1st the Federal Law 2nd. Colorado as order by The Tenth Court of appeal has ruled State do not have jurisdiction over Indian members on Indian Land or Indian Conservation Easement, and there Indian Tax Credit all administered by Indian members all for the betterment of the Indian Tribe all protected under Indian Tribal Sovereign immunity. Tribe all pro tected under Indian Tribal Sovereign immunity.

- Because Alan DeAtty Toh is an Indian/Tribal member and because the Crime, said crime occurred in Indian Country see Solon (B) 18 USC 1153 (B) Alan DeAtty T. M is an Indian member in Indian County the Tribal Court has jurisdiction 1st. Then the Federal Court has exclusive jurisdiction. Colorado Lacked jurisdiction. see 18 U.S.C. 1153 (b). Alan DeAtty death sentence are thus invalid. Grantius Habeas 28 USC 2254. "In the decision that followed, what the parties refer to as Ute III the Court ruled for The Tribe and rejected Utah's claim that Congressional action had diminished three constituent parts of Ute Tribal Land."

- Ive been ~~shaken~~ down and some of my file are now missing include my prework for this 2254 Habeas Corpus and petition for writ of Habeas Corpis for the U.S. District Courth

5.

- Rule (8) General rules of Pleadings
  (a) Claim for relief a pleading that states a claim for relief must contain:
    (1) a short and Plain Statement of the grounds for the Courts jurisdiction: We complyed in full see pg 9, 10, 11, 12
    (2) a short and plan statement of the Claim showing that the pleader is entitled to relief: We complyed see pg 9, 10, 11, 12
    (3) a demand for the relief sought which may include relief in the alternative of different type of relief. (No more wds found on Lexis computer program.) We complyed with this in full See: page 6 + 4

- Anti-Injunction Act's relitigation exception allows federal court to prevent STATE litigation of issue that previously was presented to and decided by Federal Court 28 U.S.C.A. 2283 ←

- Anti-Injunction Act did not bar Federal Court from issuing preliminary injunction borring state from prosecuting Tribal members in State Court !!

- The Judge state's Applicant does not Assert his claim in the section Application, but only refers to the Statement in the Court-approved form provided to State his claim in the Court approved form used for filing 2254. (This was allowed, no instruction said we cant Do this.')

- The Application gives you (3) inches to place your answer in it, which is not enough room. The instruction state (use additional paper, with no restriction to how many pages, or restrictions that it allow Exhibits or other Petition of Habeas Corpus, or document to show the court, what is all involved in this Habeas Corpus Petition in Full. There are many cases were these (2) Judges C.P.B. + L.T.B. Dismiss for not enough information to the court few what the Habeas Corpus is about. Once again I object to this Type of Judical intrapment tring to find any thing so you may dismiss the inmates cases. Witness will be stating that Judge's tell there clerks to find any thing that allows the Judge to rule in a certin way not even looking at the Case, "Just give me a way to dismiss this case"! witnesses will also states this is Judical Corruption with intent and in a conspiracy, in these Court's to dismiss as a fraud and corrupt act's against all inmate's. witnesses also will tell that the Court's are mostly ex-D.A. A.G.
no way you get a fair ruling

6.

That instruction does not limit the pages. The claims can't be more clear: see List of claims and Petition for Habeas Corpus that very clearly gives a clear over view of the events over 10 years, along with the List of Claims [#9,10,11,12] and The application for U.S. 2254 (Handwriten and now) Typed and clearly showing The State of Colorado has given up their Subject matter Jurisdiction and Then excepting The Tribal injunction barring any further action against The Tribe, The Tribal members including Alan DeAtly Richard Davis as a whole. Also included was Statements and Transcripts of Truth and Proof of perjury, suborning perjury, witness tampering, false arrest, fraud, corrupt prosecution, Judicial corruption, failing to stop when told, The State of Colorado is acting without Jurisidiction and is violating the Tribal Court injunction barring any acts against the Tribe and Alan DeAtly & Richard Davis Tribal members.

- Once Again I'm concerned that someone is screwing with these filings I will be numbering all pages, all as one document. I will be place notices of mail fraud on all envelops, including Legal mail, Please check the package for re-opening and resealing, including tape, Glue, new envelops with different handwriting

- State and it's Subdivisions Lack authority to prosecute Indians for criminal offenses arising in Indian County Indian land. See UTE V. UTAH.

- Doctrine of Tribal sovereign immunity extends to counter claim Lodged against plaintiff tribe, even compulsory counterclaims.

- You can not dismissed this "Tribal Court Orders" to follow the very clear Case Law, ruled on by your 10th Cir. Court of Appeals. 790 F. 3d 1000 United States Court of Appeals Tenth Circuit, UTE Indian Tribe, Defendant's V. State of UTAH. No 14-4028, 14-4031 14-4034, June 16, 2015.

  "Indian tribe brough action alleging that State and Local governments were unlawfully trying to displace Tribal authority on Tribal Land." (The same as Colorado is trying to do the illegal prosecution against Tribal member DeAtley's, Davis)

  Holding: The Court of Appeal, Gorsuch Circuit Judge held that
  (1) County's Prosecution of Tribal member constitued irreparable injury to tribal sovereignty. (This is the same action in Colorado)
  (2) Anti-Injunction Act did not bar federal court from issuing preliminary injunction; (Colorado already excepted The Tribal injunction)
  (3) Younger abstention was not warranted: The Same
  (4) mutual assistance agreement between state and Tribe did not waive tribes sovereign immunity from suit in state court. (This apply to our case) (State excepted injunction)
- See Ex-1-19, letters, statement's, Affidivit, Tribal Court Orders that the state of Colorado followed, until, 2009.
- As you see The State of Colorado agreed, and gave up "Subject matter Juridiction" over the Parties, Agreements. All documents (34,000,000 pages) that were Subpoened by the "State of Colorado," including now all that have violated Tribal Laws and Tribal Court's Orders, including 14 day notice to all, including This Tribal court of any further activity in this case or use of documents that were Subpoenied by the State of Colorado.
- The State of Colorado Stold these Tribal documents including, Tax document, Attorney's document, clients document, violating the Fifth Amendment. (all without any warrent's or orders,) See Statements + Transcripts sent in this case as truth and proof of crimes committed against, The Tribe, DeAtley, Davis and others.
- Then The State of Colorado used these documents when they clearly new they did not have Subject matter Juridiction over the document and Richard Davis and Alan DeAtley, including the Tribe and Tribal members.

8.

- The Jurisdictional and related requirements for Certiorari review by The Supreme Court and The federal Habeas Corpus review by a federal District Court are identical. To establish Supreme Court Jurisdiction the Prisoner certiorari or U.S. Habeas Corpus must show (1) that he has been deprived of a right under the constitution, Treaties or statutes of The United States and (2) that he has exhausted his Tribal Claims, remedies with regard to the federal Claim i.e., is asking the Court to review a Judgement rendered by the Tribal court or higher if challenged, in which a decision [on the claim could be had as of right. To establish district Court Jurisdiction, the prisoner's Habeas Corpus Petition must show (1) that he is in custody in violation of the Constition or Laws or Treaties of The United States of America, (2) that he has exhausted his Tribal remedies with regard to the federal Claims by raising it either on direct or post review in the Tribal Court system. If not challenged The Tribal Court Order stands as Absolute with mandate.

- The State of Colorado prosecuted Alan De Atley T.m. without any "Jurisdiction" of "The Subject matter" and "violated the permit injunction," issued by The Latgawa Indian Tribal Court.

- "The Tribal Court Order for Preliminary Injunction entered by this Court on the 22nd day of September, 2008" made Permit 2/16/09

- "further agreed to be subject to the continuing Jurisdiction of this court" "on the 23rd day of December, 2008," "(The Tribal Court)

- The State of Colorado Attorney General John Suther and Jack Wesoky excepted these Tribal orders and withdrew the demand and dismiss the Denver county District Court action, asking for the 34,000,000 pesos of Tribal documents having to do with the Tribal owned Tax credits the bases and Subject matter for the State of Colorado, of wrongful prosecution all without any Jurisdiction. The Tribal Court has the Jurisdiction, This all ruled on by The Tribal Court. No challenge by The State of Colorado at all. all Tribal court ruling are absolute and with mandite, all well post the time to Appeal and are all final and Exhausted.

- Colorado has violated the Tribal Courts order's and Tribal Treaties agreed to by Colorado as a whole, see more attached.
- Colorado agreed and followed the Tribal Court's orders and Treaties agreed to at first then violated all after 2009 December, all for Colorado's Gain and all for Colorado's employee personal gain. see more attached and filed earlier.
- Colorado then violates the Tribal Court Jurisdiction.
- Colorado then violates DeAtley's rights by unconstitutional search and seizure of Tribal Document's land and Building, already ordered in the injunction and Jurisdiction of the subject matter, all ordered by the Tribal court and agreed by the State of Colorado back on Sept - Dec of 2008.
- Colorado then violates DeAtley's rights by evidence obtained by an unlawful arrest. Clearly Colorado violates Tribal Courts orders of injunction Barring any acts against the Tribe, Tribal Members and Tribal Business ventures including Alan DeAtley Tribal member. see attached and already filed Exhibits.
- Colorado then violates DeAtley's rights by unconstitutional failure of the prosection to disclose evidence favorable to defendant. Never disclosed the Grand Theft of Tribal documents all asked for in Subpoena's all withdrawn, then just stold them in stead. see Statements and Transcripts
- Colorado then violates DeAtley's rights by unconstitutionally protection against double Jeopardy, Tribal Court ruled there have been no crimes committed and Tax credit were Tribal owned Conservation Easement and Tax credit were involved, Ruling all tax credit are passed and in time frame all closed as Audited.
- Colorado know that this was unconstitutional to selecte and impanel a Jury without any Jurisdiction.
- This is all on Tribal Land, Tribal Conservation Easements and Tribal Tax Credits, see Indictment, all Tribal Soverign immunity.
- The Tribal Court has found and Order that these act's did happen and did violate the Tribal Treaties, agreement, stipulation to the Tribal Court Order's all as a whole, including violating Tribal Laws Tribal rules and Tribal soverign immunity all as a whole, Damaging Tribal Members Alan DeAtley and Richard Davis in addition Damaging the Tribe as a whole. Demands and Damages and Grand Totals have been ordered. This all is absolute and Mandite issued
- Tribal Habeas Corpus was Granted in full this is absolute with mandite issued this is final and fully exhausted. No challenges by higher Tribe Court

10.

- Because Colorado failed to challenge any of these Tribal Courts orders to a higher tribal court of appeals and because, all of these possible appeals are now well past the time to challenge on Tribal appeal these question are all time barred and are the tribal Law for these matters. These matters are final and have been exhausted in full. These matters are also excepted by federal Law as they also follow Tribal Law first, but they also follow federal Law and Federal case Law as following The 10th Cir Court of Appeals Cases UTE v. UTAH and Murphy v. Royal See attached Cases clearly follow federal Law as required including U.S. Congress and The U.S. Supreme Court's ruling as a whole, Indian Tribal Court then federal Law.

- Colorado Clearly no's they violated Alan DeAtley's T.M. Constitutional rights, including violating federal Law, failing to apply federal Law, ignoring Federal Law, Depriving DeAtley and The Tribe of benefit's of Federal rights and Federal Law. Colorado would not even address any federal question as these all are questions of Federal Law. Indian Tribal Court then federal Court 2nd

- Colorado does not have Jurisdiction to hold DeAtley in a Colorado prison by unauthorized person empowered by Lack Jurisdiction and Law to detain him. DeAtley must be released!

- Colorado's warrants of Confinement are invalid all done all without Jurisdiction over the Subject matter and Alan DeAtley T.M.

- Because Colorado will/must release Alan DeAtley T.M. with the tribal Court's orders, including The Tribal Habeas Corpus, were before in 2008, fully yeilding and following the complete order from the Tribal Court including entering an appearance and withdrawing all Denver District Courts orders, Then Dismissing all Denver District Court action, Yeilding excepting the tribal court orders and injunction all Stipulated to, but

now not even Responding at all, clearly knowing they have violated all these Tribal Treaties, agreements orders, Laws and now with intent failing to Respond is very telling.

- Alan DEATHly is at A.V.C.F. under Colorado Department of Correction illegally held without Jurisdiction.
- Clearly this U.S. District Court has received The Tribal Court's order's, asking this U.S. District Court to Rule as the Tenth Cir. Court of Appeals and As the tribal Court has in the Tribal Habeas Corpus Granted in full the U.S. Habeas Corpus in full as filled out by Tribal Court.
- The U.S. District Court has Jurisdiction to rule on these matters all following, complying, meeting all requirements as required by federal Law, 2254 and federal Habeas Corpus in full.
- State and its subdivision Lack authority to prosecute Tribal members for criminal offenses arising in Indian Country / Indian Land / Indian Conservation Easements and their Indian Tax Credit's.
- Anti-Injunction Act's: relitigation exception allows Federal Courts to prevent state litigation of issue that previously was presented to and decided by Federal Court 28 USCA 2283.
- Anti-Injunction Act's: did not Bar Federal Court from issuing preliminary injunction barring State from prosecuting Tribal members in State court for matters on Indian Land. where Federal court had previously ruled that Lands in question were Indian Country and Tribal Jurisdiction without question: 28 USCA. 2283
- Doctrine of Tribal sovereign immunity extends to counter Claims Lodged against plaintiff Tribes, even compulsory Counter Claims if asserted in any way.

We have Complyed with the Court's order as best we Could have Please dont    12.  Dismiss this US Habeas 2254

1 – The Tribal Court is Ordering the U.S. Courts Jurisdiction,

2 – The Tribal Court has Ordered The U.S. Court to act on this Tribal Habeas

3 – All Tribal matters having to do with this Tribal Habeas have

4 – been fully exhausted. The Treaties, Agreements, orders The State of Colorado has violated. The Treaties, Agreements, orders

5 – Jurisdiction, General and Subject matter is with The Tribal court. see filed already

6 – Tribal Habeas Corpus has been Granted in full. see filed already

7 – The Tribal Court is Ordering, The U.S. District Court to follow

The Tenth cir. court of appeal's ruling in UTE Indian Tribe

V. State of UTAH 790 F.3d 1000 as required by Law.

  (1) County's, states, prosecution of tribal member constituted
      irreparable injury to tribal Sovereignty,
  (2) Anti-Injunction Act did not Bar federal court from issuing
      preliminary injunction,
  (3) Younger abstention was not warranted:
  (4) mutual assistance agreement between State and Tribe did not,
      wave tribes sovereign immunity from suit in state court,
  (5) doctrine of equitable recoupment did not apply to permit state
      and county to assert counterclaims and,
  (6) county attorneys were not entitled to sovereign immunity

State and it's subdivision Lack authority to prosecute Indians
for criminal offenses arising in Indian Country.
and

8 – The Tenth cir. court of appeal's ruling in Murphy v. Royal

866 F.3d 1164  866 F.3d 1164  2019 U.S. APP Lexis 14556
Indian country as defined in 18 U.S.C. 1151 (Colorado recognized
the Indian owned conservation Easements, and Indian owned
Tax credits all for the betterment of the Tribe See Indictment
of DeAtley, Davis, Zamzow all as "arms of the Tribe") Indian Land,
Because Mr. murphy is an Indian and Alan DeAtley is a Tribal
member and because the crime, occurred in Indian Country
the federal Court has exclusive jurisdiction. Oklahoma and
Colorado Lacked Jurisdiction. Mr Murphy's and Alan DeAtly's
state conviction and death sentence are thus invalid.
The OCCA and Colorado Courts erred by concluding the
State courts had Jurisdiction and the district Court
erred by concluding the OCCA and Colorado's decision
was not contrary to Clearly established Federal Law.
We therefore reverse the district court's judgement
and remand with instructions to grant Mr Murphys
application for a writ of Habeas Corpus under 28 USC
2254. (The Supreme Court is looking at Solon, this does not apply to our Case, Colorado has exempted The Tribe, The Tribal conservation Easement Tax credit, The Tribal 501C3 The Tribe as a whole B) Indian Land in the U.S.A.

9 – (c) conviction obtained by use of evidence gained pursuant to an
unconstitutional search and seizure (d) conviction obtained by
use of evidence obtained pursuant to an unlawful arrest.

131

(f) conviction obtained by the unconstitutional failure of the pro section to disclose evidence favorable to the defendant
(g) conviction obtained by a violation of the protection against double Jeopardy (h) conviction obtained by the action of a grand or petit Jury which was unconstitutionally selected and impaneled (i) ~~ineffective~~ ineffective assistance of counsel

(c) Evidence was <u>Stolden</u> from the Indian Land, after Colorado as a whole agreed/Treaties, Tribal Court order excepting the Tribal Court injunction, were Colorado withdrew all Letters, Subpoenias, Denver District Court action to inforce subpoenia including excepting the Tribal Court retaining the Jurisdiction over these matter. Tribal court has order that Colorado has committed Theft and Violated Tribal Law and Violated Tribal orders as were Stipulated to by the State of Colorado as a whole. <u>Tribal Court has found</u> that Colorado did not have any permition or Tribal Court Orders to enter, Trespass, breakin, Take, any thing from the Tribal Lands. Demand, Damage and Grand totals have been order Default Judgment issued. These ruling were never challenged to a higher tribal Court, after many years these rulings are absolute and mandate issued, appeals are not possible now. These matters have been <u>exhausted in full.</u>

(d) Evidence was Stolden from the Indian Land: State of Colorado hid all of this evidence never telling any one not even the court, Fail to show this evidence to the court for Pre trial hearing, Fail to get an Exhibit number, Violating <u>Brady</u> in discovery, but at the Last minute Tring to use this information, without any Exhibit number or even a witness to Atentitake take the information all Stolden This information taken over (3) different time was the bases for the arrest of Tribal member Alan DeAtley in Washington state. <u>See (c) and the same answer.</u>

(f) Failure of the pro section to disclose evidence favorable to the defendant <u>see (c) and the same answer.</u>

(g) double Jeopardy Tribal Court ruled Alan DeAtley was not Guilty of any crimes committed by Said State of Colorado, This is an Aequittal.

(h) Grand or petit Jury without Jurisdiction is unconstitutional

(i) ineffective assistance of Counsel. Counsel is under investigation for illegal acts in these matters. <u>See (c) and the Same answer.</u>

14. These Tribal rulings are fully exhausted all made absolute and mandate issued

- As shown 1,000's of time now relief request as not only Tribal Courts Habeas Corpus that you have, but the already prepare U.S. Habeas Corpus as filled out by the Tribal Court and is apart of what we have filed with this court.
  Please Grant the U.S. Habeas Coupar as we have filed with this court and rule that as UTE v. UTAH and Murphy v. Royal Jurisdiction, General and Subject matter are with the Latgawa Tribal Court and all of its Order do Stand as Colorado gave up it Jurisdiction and is under the Tribal Permint injanction.

- The State of Colorado has no Jurisdiction in these matters, I object to Colorado making any Claims or Responces in these matters as a whole. They have No Jurisdiction!

- The proper relief in a habeas Corpus action is immediate release from custody! Please release Alan De Athy.

- For more details on each claim please read the whole document including the pryer filings in this case it will show the unconshtulional matter with proof.

- The State of Colorado has give up their Jurisdicti of the Subject matter and the General Jurisdiction over Tribal matter's as a whole and after Colorado has violated Tribal rules, Law, Treaties, agreements Orders, and because these were clearly with intent to ~~damage~~ damage the Tribe and its Tribal members Alan De Athy the Tribal Court has ruled it has Jurisdiction over people that try to illegally harm the nation and it's members.

- The Tribal Court has Jurisdiction over these matters the Federal Court has Jurisdiction over this Tribal Habeas Corpus and must follow Federal Law and Tribal Law

15.

# List of Claims

- State of Colorado gave up their Jurisdiction of the Subject Matter, which is all Tribal matters as a general matter of Jurisdiction, including all parties, all documents subpoeniaed by the State of Colorado, all 34,000,000 plus or minus, also included all agreements, all violators o Tribal Laws and Tribal Court's Order's. as colorado Employee Try to escape from the Jurisdiction that they have now many times committed criminal and civil Acts against Tribal Laws and Tribal members and Tribal Government and The Tribe. All failing to apply Federal Law.

- This is a civil rights violation against the agreements Constitutional and <u>Treatie</u> agreed to + by The state of Colorado, Attorney Generals office John Suthers and AAG Jack Wesoky dated Sept 2008 were the State of Colorado acepted the injunction barring them from acting in any way against the Tribal Nation, and The Tribal members including Alan De Atley Tribal member, also including all Tribal matters including Tribal Conservation Easement, Tribal tax credit all sold, managed, all baisness by Tribal members, and non members all as arms of the Tribe all covered by Tribal sovereign community.

- This is a civil Rights violation against Alan De Atley Tribal Constitutional and member to Try and procieute De Atley or Davis without Jurisdiction and an injunction barring any acts. immunty applied

- This is a civil Rights violation as shown in statements Constitutional and of Truth and Proof of perjury, suborning perjury, witness tampering, procicutoral corruption and misconduct, Judicial corruption were the Judge clearly states in his own word to the Great involvement of the Tribe but allow <u>stolden</u> Tribal document to be additoned to Tribal Grand theft by his Friend at the District Attorney's office, Theft, Trespassing on Tribal land, failing to follow the Court orders, but allows

16.

allow illegal ~~████~~ documents to be used, after ordering and threating DeAtley with contempt for not submiting all Pre trial documents and Exhibit by his dead line prior to Starting the Trial. The D.A. Morales trys to sneak these document in at the end of the people's case, all without an Exibit numbers, never showing DeAtley these documents, never telling DeAtley that they had been stolden them, we only new they were all gone, not noing who had taken them until C.D.O.R. Agent Steve Bratten was on the stand admiting to theft of Tribal document as wes submitted to this court as Truth and proof.

- The State of Colorado is trying to displace the Tribal Government as a whole. All in Clear violation of Tribal and Federal law.
- The State of Colorado is trying to procicute Tribal members, after agreeing to let the Tribal Court have that jurisdiction as a whole. Violation of Tribal and Fedoral law
- The State of Colorado moved forward illegally clearly Knowing they had given up the Subject matter Jurisdiction clearly with intent to violate the Tribal Treatie and Tribal Court Orders
- The State of Colorado illegally prosicuted DeAtley and Davis all without any jurisdiction at all
- The State of Colorado fail with discovery request, fail to provid all 34,000,000 plus or minis.
- Judge Martin Egelhoff ~~███~~ worked with Joe Morales, Mitch Morrasy and Bill Ritter.
- We have complyed with the court's order's even thow they are assert that we did not comply, but Later the Judge admits we did comply with the form that was gotten twice.
- We have complyed with the court's order's as we have Colorado state Court's are acting out side of their jurisdiction creating Judical Error by Colorado.
- Tribal Court Clearly has acted property and within the Jurisdicta as agreed by The Tribal Court's orders to Colorado to Stand down all except by the State of Colorado as a whole.

17.

All with Clearly intending to rule for there old friends and new D.A. and A.G.'s all Clearly show corrupt Justice. Witnesses will also state the Tenth cir Court of Appeals is the only chance any one has in getting a Fair Trial at all.

The Court must construe the Application and Statement liberally because Applicant is a pro se litigant and Applicant must include all Claims and supporting allegations (order does not say this!) in a single document and must fill out the form Completely Providing all information indicated on the form. The Form does not say this at all! again this form is a Trap and dismiss Form and I object to these act's being committed by U.S Federal Judge's Knowing, no one can comply Completely with this Trap and dismiss form." We have complyed completely, that's why we added all the praf that was need to exsplain to the Court our Case / Habeas Corpus. See ruling below:

"Although fair presentation does not require a Habeas Corpus Petitioner to cite Book and verse on the Federal Constitution, Picard 404 U.S. at 278." Clearly the Court must reconcider and Grant the U.S. Habeas as Ordered by The Tribal Court.

Again the forms are not consistant with a complaint, Habeas Corpus Petition, or other Federal requirements all should be based on a Fair chance for the inmate's that's inocent. The Judical system is for the Truth! Not some herdel's that allow a Judge to create the illegal Judgement he wants.

No were does it say all of the information must be only in one document, No were does it say no Exhibit's, Complaint Statement's, Transcripts.

## Parties

* Alan DeAtley Tribal member, Tribal Special Counsel, Tribal Judge, illegally held in A.V.C.F. by CDOC.
  Dean William Director of C.DOC. (state gave up jurisdiction)
  Warden at A.V.C.F. unnown, (no warden now im told.)
  Phil Wieser Colorado Attorney General, (state gave up Jurisdiction)

## Jurisdiction

* Latgawa Tribal Justice Court has General and Sub-ject matter Jurisdiction over these matters as a whole all agreed by The State of Colorado back on Sept. 2008 all without Limits, by AG John Suther And Jal Weser

The Tribal court has Ordered This U.S. District Court to rule as your 10th Cir. Court of Appeal 790 F.3d 1000 United States Court of Appeals Tenth Circuit UTE Indian Tribe, Defendants v. State of UTAH no 14-4028, 14-4031, 14-4034, June 16, 2015 and. Carpenter v. Murphy, Murphy v. Royal 866 F.3d 1164 866 F.3d 1164

"State's does not has jurisdiction over Indians!"
The Tribal has Ordered that the Federal Court must apply Fed case Court law
This matter of Tribal Habeas Corpus was Granted as also a Final matter, fully exhausting all Tribal Court proceeding in full,

## Facts

* Plaintiff is illegally held in Colorado Department of Correction, A.V.C.F. prison in Colorado.
* Tribal Court has General Jurisdiction now and Subject matter Juridiction over Alan DeAtley Tribal member and all document subponied, Parties, Agreements and all Tribal matters at hand all as a treatie between Colorado and The Tribe.
* Alan DeAtley Tribal member does object to the recommended dismissal by Judge Gallagher. To dismiss proves corruption is in place.
* The Judge Ordered 28 USC 1915 Motion and affidavit (12) is not on proper form (must use the Courts current form used in filing a habeas Corpus action, Either a 28 USC 2241 action or 28 USC 2254 action, I filed (3) forms all the Same, as we asked these are forms for States! Not Tribal, This is a Tribal case. Never a response.
* Then Later the Judge states "applicant submitted a forty five page statement along with the 2254 Application, Applicant does not assert his Claim in the Application, but only refers to the statement in the section provided to state his claim in the Court approved form used for filing 2254.
* This is objected to and is clearly a Judical Trap, this is apart of the P.C.H. investigation were Judges corruptly dismiss

without good cause and it's illegal, without even Looking at the case, these are people's Live's you Can't act as you are God and distroy Lives just because a form is a little Screwed up. Just remember you are being Judged by All mighty God for every act you committ, your history Look very bad for you. The Truth is the most important, not your Bull shit rule's (form?). You are held to a higher Standard, The fivery pit is a bad place repent and ask for Forgiveness. These prison are hard to get any thing done in, and hand writing is very hard for me, my hand is deformed and is getting where, The Law Library does not have legal Law books only computers, and as I show you with The Ex. They won't print my whole.

- The Tribal Court is now Looking into these matters along with the "pay to play" investagtion already under way for years now, that's a part of this system of corruption in these Colorado court's.

- See: Instructions for your form 2254 (use additional paper to provide the requested information for each request. We did that in the petition for Habeas Corpus and all the other document that were sent, clearly showing the same violation of constitutional rights afforded by the United States of America and Congress for Indian's under illegal acts by States, violating the most basic rights, and also including Treaties / agreement's, Orders all stipulated to, but then after The State of Colorado agreed and withdrew demand Letter's, Subponies, Dismiss the Denver District Court action trying to enforce the Suppoaia, attorney General of the State of Colorado enters an appearence by way of Pro hac. vise AAG Jack Wesoky is admitted to practic in The Tribal Court, Excepting the injuntion and Jurisdiction of the Subject matter including all agreements, Orders, parties, and now addition parties tring to violate Tribal Law, Tribal court orders distroying the Tribe and Tribal members all for the State of Colorado's gain and for The personal gain of The Employees of the State of Colorado as a whole.

Federal Constitutional rights that have been violated. 2nd Time sent

- As shown and sent before; If these papers are not a part them Tampering with my respon[se] has happened!

- The Habeas Corpus Application:

   1. You must provide an original habeas corpus application. As I have, completed in full.

   2. The following list of the most frequently raised grounds for relief, and are a part of both Cases.

- Alan De Atley Tribal Member does accept and raise these acts as grounds for relief under the U.S. Habeas Corpus. 28 U.S.C. 2254. (State Lacks Jurisdict[ion])

- As The Tribal Habeas Corpus has been GRANTED without Objection or conflict from The State of Colorado as a whole, and after now (3) years without any challedge by any one the Tribal Habeas Corpus is Absolute and with Mandate, with now no possible appeal. The Tribal Court has Ordered this U.S. District Court to GRANT The same as was GRANTED by the Tribal Court!

- Bases for both Habeas Corpus (c) conviction obtained, by use of (illegal) evidence gained pursuant to an unconstitional search and seizure, on Tribal Land, Theft of Tribal documents as in Statements and Transcripts given in pryor 2254 all after The State of Colorado in Sept 2008 agreed and excepted the Pro hac vise by AAG Jack Wesoky and the Colorado Attorney General John Suther to enter and appearance and except in the Tribal Court's orders of injunction now made permit bars The State of Colorado from any Acts against The Tribe and Tribal members, including Tribal business matters including The Tribal Conservation Easement's Tax credits owned and administered all by Tribal member, Tribal Corp's, LLC, and non-Tribal enplyee, including Alan De Atly, T.M. Richard Davis T.M all as arms of the Tribe all protected by Tribal Sovern immunity all Reconized by The State of Colorado. See EX-1-19, EX-A-K, The Indictment of Alan De Atley, T.M. Richard Davis, T.M. David Zamzow including all

21.

All listed within The Indictment all as "arms of the Tribe" as a whole.

(d) conviction obtained by use of evidence obtained pursuant to an unlawful arrest, Theft of Tribal documents, all under Tribal court

(f) conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defendant

(g) conviction obtained by a violation of the protection against jeopardy, Double Jeopardy.

(i) ineffective assistance of counsel, attorney under investigation, was right acto.

(J) Alan DeAtley is trying to comply with this U.S. District Court, This Colorado DOC, A.V.C.F. Prison is "Blocking", "interfering" committing "Mail fraud", which is proven and violates a prisoner "constitutional First Amendment" right to "Access to the courts." See: "Aurelio, DeAtley v. CCA, CoreCivic G.P.G. + P.B." Case no 17 cv 01073 GPG+P.B. see Simkins v. Bruce 406 F.3d 1239, 1243 (10th Cir 2005) also violating "Sixth Amendment," "more" interference by prison officials with communications between an inmate and his counsel (which relate to legality of his criminal conviction that is all illegal and prohibited. Like wise, "destruction" or "withholding of legal papers of a prisoner". Each of the foregoing is a violation of "due process "rights." Interference with the right to "effective counsel" and the right to "petition the courts" are in violation of the "First," "Sixth," and "fourteenth" Amendments See Ex-20, Ex-D, Ex-21, EX-22, Ex-23. Ex-24 EX-25, EX-26, EX-27, Ex-28 and all Tribal Court Orders.

The Tribal investigation has found that some who work at the Court's also have had meetings with the A.G. office, D.A. offices The Jails and Prisons all on "accessing the courts" inmate information, creating local rules that interfer with inmate rights.

*Ex - 20*



**COLORADO**
**Department of Corrections**

Office of Legal Services
1250 Academy Park Loop
Colorado Springs, CO 80910
P 719.226.4236

*Illegal acts.*

## MEMORANDUM

Date: February 27, 2019
Offender: Alan Deatley
CDOC: 172066
Facility: AVCF / Unit 5
From: Maria Klob
Legal Assistant 1
Re: Photocopy Arrears/Privilege Restriction

---

Pursuant to Administrative Regulation (AR) 750-01, the Legal Access Program has restricted your photocopy privileges. You have accumulated more than $500.00 of legal photocopy debt in the last three years.

You are currently $-3,458.75 in arrears for legal photocopy debt (accumulated during the last three years). *They set a presedence failing to stop at $500 - There 22 others at 4,000 - or more with no restriction,*

The Legal Access Program will provide you with only one (1) copy of original pleadings filed with the court in the areas of habeas corpus, post conviction and conditions of confinement. This will give you one original to file with the Court and one copy for your records. Copies for other types of motions will not be provided, regardless of the need, until your offender account is less than $500.00 for photocopy debt.

*This was created by, this is interferance with an inmate access*
Thank you in advance for your cooperation in this matter. *to the Court, making the inmate un able to comply with court orders to mail copys to the A.G. D.A. and the Court, at least 3 copyes needd. Leave no copys for the inmate and fail to comply wit the court orders.*

cc: Teresa Reynolds, Legal Access & Litigation Manager
*Attorney General office violating Deatley Constitutional Rights.*
*B: 22017*
*E: 22018*

*This, with intent! Big damages alreddy ordered by the Tribal Court! Default Judgments.*

Jared Polis, Governor | Dean Williams, Executive Director

23.

# CDOC LEGAL ACCESS PROGRAM WORD PROCESSING RULES AGREEMENT Revised 8/21/17

All Legal Access Program computers belong to CDOC and, only by permission of CDOC, offenders may use these computers to create and to temporarily store their legal material electronically. **All documents created are subject to review by Legal Assistant to ensure compliance with policy, procedures and restrictions.**

*Forced to Sign, Would not let me read it first!*

1. Word processors may only be used to prepare Legal Material as defined in AR 750-01 (Attachment F). General Population offenders (not necessarily including PC) will be provided access to Legal Access Program computers to conduct legal research and prepare legal documents.

2. "*Legal Access Program Required Photocopy & Page Limit Policy*" and "*Auxiliary Copy Sheet*" policy apply to legal material prepared on Legal Access Program computers. Legal document page limits and number of copies allowed are posted in facility law libraries. Any document not listed on these sheets is not permitted to be drafted, saved, printed or copied.

3. Offenders may not type or save Sovereign Citizen actions, Strawman actions, and UCC documents on Legal Access Program computers. These documents will not be printed or copied. This includes language surrounding signatures.

4. Power of Attorney (POA) documents involving real estate or financial transactions, or any document which authorizes another person to conduct financial transactions will not be saved, printed or notarized. Living Wills and Medical Durable Powers of Attorney are not permitted to be typed, saved or printed on the Legal Access Program Computers. Legal Assistants are not permitted to notarize documents involving marriages, civil unions, proxy marriages or common law marriages. These documents are not permitted to be printed, saved or copied by the Legal Access Program. Also see AR 800-06, CRS 14-2-109 and law relevant to common law marriage in Colorado.

5. Offenders are allowed to keep up to 20 legal documents in their computer profile (student folder). If more than 20 documents are saved, only the first 20 will be allowed. The additional documents will be deleted by Legal Assistant. Files containing more than one document are prohibited, and contribute to the total 20 files allowed.

6. Font size on all documents will be saved and printed according to court rule requirements. This includes footnotes. This includes offender copies. All LexisNexis purchase requests will be printed in the same font and size as copied from LexisNexis (the default LexisNexis font size). All other documents are to be saved and printed in 12 point font or as required by court rule.

7. Offenders may use Legal Access Program computers to prepare only documents related to legal matters. Research notes are **NOT ALLOWED** to be saved. Blank/draft templates are not allowed and will be deleted by Legal Assistant. **Offenders may not copy & paste whole cases, statutes or court rules into any legal document from LexisNexis.** Documents that do not meet court rules and/or are not complete motions but appear to be notes or compilations of case cites will not be allowed to be typed or printed. Legal Access program computers are not for use compiling and preparing notes.

8. Offenders **MAY NOT** prepare any type of correspondence (letters) on the Legal Access Program computers. Any letters prepared and saved to an offender's student folder will <u>not</u> be printed and will be deleted by the legal assistant without notice to the offender.

9. If offenders are assisting each other with legal work, both offenders must be present at all times. All documents must be saved according to current posted instructions. Offenders may save documents in their computer folder only if they pertain to themselves. Offenders may not store or draft documents for other people. Draft documents containing captions naming anyone other than themselves will be deleted.

10. Drafts and incomplete documents will not be printed except under special circumstances. If Offender can present handwritten or typed portion of document which taken together with the incomplete saved document on the computer makes a complete document, it can be printed. If an offender is leaving, see number 18. Once a document has been printed, it will be deleted. All duplicative documents to those printed will also be deleted.

11. The cost for printing and photocopying documents is 0.25¢ per page. Requests may be made for both an original and photocopies of the document on one request. Complete a Photocopy Request Form and Misc. Withdrawal Ticket and submit it to the clerk or legal assistant. The first printing will be considered the original document and the additional printings, the copies.

Offender initial _AD_

12. When saving your documents, you are not permitted to restrict them with a password.

13. It is the offender's responsibility to properly save and close all his/her legal documents prior to leaving the session. Incomplete documents left open will not save properly. Documents not saved properly will be lost and are not retrievable. Offenders cannot save more than one drafted legal document to one (1) file.

14. Legal Access Disclaimer: The Legal Access Program is not responsible for documents created on program computers which may be lost or deleted due to power outages, routine maintenance, LexisNexis issues or any other reason.

15. The Legal Access Program is not responsible for issues with accessibility due to power outages, maintenance, Lexis upgrades or other issues that may affect accessibility to computer programs or functioning of computers.

16. Offenders are not permitted to alter, delete or add folders or icons, or change any computer settings. If an offender alters anything on the computer, an incident report will be written and the incident will be logged in the offender's chronological file. Anyone found abusing the computers and/or disobeying posted rules may be subject to a COPD infraction and computer privileges will cease for that session.

17. In the event of changes to the "Word Processing Policy Agreement," offenders may be required to review and sign a new agreement or an addendum to the current agreement.

18. Requests for documents from offenders transferred to or from a private facility, interstate compact prison, paroling or discharging shall be in writing to the legal assistant at their current or most recent facility, if discharged. Only documents compliant with current program policies and procedures will be provided. Documents will only be provided in print form, no emails, disks, flash drives, etc. Documents will be purged from DOC Law Library systems once printed. Documents will be purged if not requested within 30 day timeframe of offender parole, discharge or transfer to/from private facility or interstate compact prison. Photocopies will be provided consistent with AR 750-01, Legal Access Program Required Photocopy and Page Limit Policy and/or Auxiliary Copy Sheet. If offender has been discharged, funds and written request need to be sent in prior to obtaining photocopies. All photocopies will be printed single sided at .25¢ per page.

**By signing this form, you acknowledge that you have read the rules set forth by the Legal Access Program and will obey all rules herein, and that you will abide by all policies and rules of the Legal Access Program which pertain to printing and copying documents.**

*Would not allow me to Read this before I was forced to sign or go to the whole.*

Offender Signature: _____ Date: 1/30/19

Offender <u>Last</u> Name (please print) **Deatley** DOC # **172064**

*I Illegal Library Assistant states; She heard about me (2) months ago and They are now going to stop me from all my legal work and copying, Apple + orange she is* **INMATE COPY** *not to be messed with, she will ban me from the Library and stop all my court filing and she has the Power from The Top to* **AVCF LAW LIBRARY** *to this!*

*So Square Alan DeAtley* .25¢

AR Form 750-01B (01/15/16)

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
**PHOTOCOPY REQUEST FORM**

LAST NAME: *DeAtley* FIRST INITIAL: *A* DOC #: *172066*

FACILITY: *AVCF* UNIT/TIER/CELL: *5-B-3-3* DATE SUBMITTED: *3/20/19*

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: *3/6/19*

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| 1. *DeAtley. 172066 Federal writ 15/16* | | *4* | *0* **DENIED** *(from copies)* |
| ② *(U.S.D.C. ① Df. Deatley v.* | | | |
| ① *Ex. Dir ② AVCF ③ AC, no case, ∅* | | | |
| *cit ∅ mailing* | | | |
| ② *2 files in 1 - 1915 (?) - cd?* | | | |

OFFENDER SIGNATURE (REQUIRED)

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

NUMBER OF PAGES RECEIVED: *16*  *(from copies)* CHARGE TO ACCOUNT: $ *0*

NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: *16 (from copies)*

DATE RECEIVED AT SENDING FACILITY: **MAR 22 2019**

DATE RECEIVED IN PROCESSING LAW LIBRARY: **MAR 22 2019**

DATE COMPLETED: **MAR 22 2019**

DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS: ○

METER END: *24341*

METER BEGIN: *24340*

**DENIED** *0*

ADMINISTRATIVE COPIES: *0*

TOTAL COPIES TO OFFENDER: *0 1* DATE DENIED: **MAR 22 2019**

Your request has been **DENIED** ___X___ in whole _____ in part for the following reasons:

_____ Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.).

_____ Letters to attorneys must contain a complete mailing address and attorney registration number.

_____ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.

_____ Your photocopy request exceeds the page limit established by the Legal Access Program (see attached). Also see posted photocopy policies.

_____ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.

_____ You have not submitted the documents to be copied.

_____ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.

_____ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.

_____ Your account is in arrears for at least $500. See AR 750-01 for additional information.

_____ The Legal Access Program will not copy ARs, IAs, OMs, or material contained in the law library, even as attachments/exhibits. (Exception for non-published case law to be attached to a pleading.)

_____ The Legal Access Program will not copy transcripts, incomplete documents, altered documents, and/or blank forms.

_____ The Legal Access Program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.

_____ You must show the Legal Assistant your IFP or 1915 motion to receive 6 month account statements.

_____ Documents containing UCC/Sovereign citizen statements or signatures will not be copied, nor printed from, or saved on, law library computers.

_____ You may bring your request into compliance and resubmit.

*X* Other: *Plus you are on copy restrictions - 1 ng + 1c wes. States a "March 6, 2019" date. Today is March 22, 2019. Word Processing Rule 5... Files containing more than one document are prohibited, and contribute to the total of 20 files allowed.*

*EX-22*

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
## PHOTOCOPY REQUEST FORM

LAST NAME: *DEAtley*   FIRST INITIAL: *A*   DOC #: *172066*

FACILITY: *A.J.C.F.*   UNIT/TIER/CELL: *5-B-3-3*   DATE SUBMITTED: *3/7/19*

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: *3/6/19*

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| *Copy of Exhibit's of Case (U.S. Dist)* | ~~45~~ *39* | *2* | *0* DENIED |
| *2 Copy of File without Prepayment* | *4* | *2* | *0* DENIED |
| *3 (No original motion/pleading)* | | | |
| *4* | *49* | | |
| 5 | | | |

OFFENDER SIGNATURE (REQUIRED) *[signature]*

### DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY

NUMBER OF PAGES RECEIVED: *49*   CHARGE TO ACCOUNT: $ *0*
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: *49*
DATE RECEIVED AT SENDING FACILITY: **MAR 0 7 2019**
DATE RECEIVED IN PROCESSING LAW LIBRARY: **MAR 0 7 2019**
DATE COMPLETED: **MAR 0 7 2019**

METER END: *22872*   DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS: *[initials]*
METER BEGIN: *22871*   **DENIED** *0*
ADMINISTRATIVE COPIES: *1*
TOTAL COPIES TO OFFENDER: *0*   DATE DENIED: **MAR 0 7 2019**

Your request has been **DENIED** *XX* in whole _____ in part  for the following reasons:

_____ Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)

_____ Letters to attorneys must contain a complete mailing address and attorney registration number.

_____ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.

_____ Your photocopy request exceeds the page limit established by the Legal Access Program (see attached). Also see posted photocopy policies.

_____ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.

_____ You have not submitted the documents to be copied.

_____ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.

_____ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.

_____ Your account is in arrears for at least $500. See AR 750-01 for additional information.

_____ The Legal Access Program will not copy ARs, IAs, OMs, or material contained in the law library, even as attachments/exhibits.(Exception for non-published case law to be attached to a pleading.)

*XX* The Legal Access Program will not copy transcripts, incomplete documents, altered documents, and/or blank forms.

*XX* The Legal Access Program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.

_____ You must show the Legal Assistant your IFP or 1915 motion to receive 6 month account statements.

_____ Documents containing UCC/Sovereign citizen statements or signatures will not be copied, nor printed from, or saved on law library computers.

*X* You may bring your request into compliance and resubmit.

_____ Other _____

Attachment B
Page 1 of 1

20052

*27*

EX-23

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
# PHOTOCOPY REQUEST FORM

LAST NAME: DEAKISA FIRST INITIAL: A DOC #: 172066

FACILITY: AVCF UNIT/TIER/CELL: 5-B-3-3 DATE SUBMITTED: 3/25/19

LIST THE DATE OF ANY COURT IMPOSED DEADLINE: 3/6/19

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| 1. Deatley Federal Writ | 16/50 | 2 | 0 DENIED |
| 2. In The U.S District Court | 2/1 | 2 | 0 DENIED |
| 3. U.S. D.C. for District of | / | | 0 |
| 4. Columbia -DC ; Deatley v. | 16 | | |
| ① Ex. Dir. ② CDOC ; ③ Wash-AVCF ④ AG | | | |
| 3) and 4) mailing ① HQ-DOC ② AG ③ AVCF | | | |

OFFENDER SIGNATURE (REQUIRED)

### DO NOT WRITE BELOW THIS LINE - OFFICIAL USE ONLY

NUMBER OF PAGES RECEIVED: 16 {from conata} CHARGE TO ACCOUNT: $ 0

NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 16 {from conata}

DATE RECEIVED AT SENDING FACILITY: MAR 25 2019

DATE RECEIVED IN PROCESSING LAW LIBRARY: MAR 25 2019

DATE COMPLETED: MAR 25 2019

DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS:

METER END: 24453 DENIED 0

METER BEGIN: 24452

ADMINISTRATIVE COPIES: 1

TOTAL COPIES TO OFFENDER: 0 ≠ 1 DATE DENIED: MAR 25 2019

Your request has been **DENIED** in whole in part for the following reasons:

___ Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)

___ Letters to attorneys must contain a complete mailing address and attorney registration number.

___ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.

___ Your photocopy request exceeds the page limit established by the Legal Access Program (see attached). Also see posted photocopy policies.

___ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.

___ You have not submitted the documents to be copied.

___ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.

___ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.

___ Your account is in arrears for at least $500. See AR 750-01 for additional information.

___ The Legal Access Program will not copy ARs, IAs, OMs, or material contained in the law library, even as attachments/exhibits (Exception for non-published case law to be attached to a pleading.)

___ The Legal Access Program will not copy transcripts, incomplete documents, altered documents, and/or blank forms.

___ The Legal Access Program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.

___ You must show the Legal Assistant your IFP or 1915 motion to receive 6 month account statements.

___ Documents containing UCC/Sovereign citizen statements or signatures will not be copied, nor printed from, or saved on, law library computers.

___ You may bring your request into compliance and resubmit.

_X_ Other Word Processing Agreement Rule 6. Font size small documents will be saved and printed according to court rule requirements. All other documents are to be printed and printed in 12 point Fnt or as directed by Court rule 11 3:25pm

② Mislabeled document and incomplete - last name, DOC# and what document is. Not completed, ends abruptly - no signature ligt

20052

28

EX-27

He can use stamps

DC Form 200-2C (03/01/16)

**Miscellaneous Withdrawal Ticket**

Date 6/25/19                    Amount N/A

Offender No. 172066  Fac. AVCF  Unit 5-B-3-3

Offender Name DEAtly, A.

Reason for Transaction Legal mail to U.S. Court

Exceeds $2.00 Limit already used

I hereby authorize this amount to be deducted from my account.

for June 2019

Staff Authorization:

Printed Name _____

Signature _____

Offender Signature _____

20003

Deatly has
$2.00/Month
Limit on his
Rest. Mail. He
Knows it.
pg. 29.

29.



AVCF Form 100-19C (12/13)

**State of Colorado**
**Department of Corrections**
**REQUEST FOR INTERVIEW**

Date: 6/19/19

Name: DeAtley, A          Reg. No.: 172066

Unit: 5-B          Tier: 3          Cell: 3

Audience with: The Warden

Give reason: I have a Court Order
to "Obtain and utilize the current
Court-approved form: Habease Corpus
28 USC 2254 (with the Assistance of
his case manager or the Facility's
legal Assistant), along with the
applicable instructions, at WWW
cod. uscourts, gov, Judge Gallacher
U.S. magistrate Judge. The legal
Assistant gave me the wrong one
and will not go on line to get the
correct one, Case Manager Aragon

said he's not to do anything with Legal matters. C.M. Aragon E-mailed Major Olson and asked me to send him a kite which I did. No Responce as of yet. Can you Please help me get the correct form. The Courts order U.S. to do this with in a short time frame.

Thank you

Alan De Atley
172066

1915 objection. court won't address The Tribal question!
2254 are Designed to defeat the inmate, this court use
false and knowingly order inmate to follow the
corrupt order knowing this judge can Dismiss
as failing to follow this order's, The inmate can't
win, I object to Galligan corrupt act as the
Investastion has show with witness and
Documents showing this is the conspiracies
by many involved, These facts come from
insider's now telling all.
Public corruption invesagation unit is getting all.
Witness have shown that the courts, Judges, Clerks
Clerk's underlinge are working together to conspire
with Prisons, Jail, Law enforcement, to Block, interfere
with the inmates Rights, including opening legal mail
Mail fraud, removing, making changes to the mailing
by adding or removing parts of the mailing, making
changes to the document by acksesing the inmates
computer student files, then changing parts of the
document, making the document ment for the courts
un-readable, including, Limiting copys, mailing,
Printing of motions, Limiting us of programs, law's
intentionally deleteing inmate work, when they
clearly know this is illegal act's as shown in
Avideo, Ocletley Case vs C.C.A. Core Civic
Sorry my Pen ran out of ink, I have not found a pen so far

Ten.T.Sc.T.s

31.

Note: I'm out of paper and I can't get any more!

## Direct violation of both Federal and State constitutional Law and Statutes

### All with intent to do so.
#### by the State of Colorado

1. DeAtley's Judgement and Sentence is in direct violation of both Federal and State constitutional Law and Statutes, and Tribal Laws and Statutes.

2. DeAtley's continued detention is in direct violation of Article II, Section 25 of the Colorado Constitution and the Fifth Amendment to the United States Constitution.

3. DeAtley's has made factual allegations to establish a prima facie showing of invalid warrents of confinement, and demonstrates a serious infringement of a fundamental constitutional right, violation to Colo Const. Article 2 Section 25 "No person shall be deprived of liberty without due process of <u>correct Law, Tribal Law.</u> in this Case. see all proof filed as Proof + Exhibit in this Cases

4. The State of Colorado violates <u>the Treatc, agreement</u> that they Stipulated to including excepting the Tribal Courts Order of perminit injunction and the retaining of the "Subject matter Jurisdiction" and General Jurisdiction over the Tribe including Tribal members Alan DeAtley. See Ex-A-K and Indictment of Davis, DeAtley, Zamzow.

5. The State of Colorado violates their <u>own constitution.</u>

6. The State of Colorado violates, fails to apply federal constitution's of the First Amendment, rights to Access to the courts, is clearly established. The principle that unimpeded transmission, tampering, opening, changing the make up of the package, making changes to the Legal document of inmates Legal mail is the most obvious and formal manifestion of the rights to access to the courts has been clearly established for some time now. Simkins v. Bruce 406 F.3d 1239, 1243 (10th Cir 2005) 32.

7. An inmate has a First Amendment right of Access to the courts. The inmate's right of Access depends upon his right to effective counsel guarranteed by the Sixth Amendment. Interference by prison officials (and now courts) with communications between an inmate and his counsel which relate to legality of his criminal conviction is prohibited. Likewise, destruction or withholding of Legal papers or access to the Law books (no Books just computer) and computers of a prisoner necessary to his ongoing appeal is prohibited. Each of the foregoing is a violation of due process. Interference with the right to effective counsel and the right to petition the courts are in violation of the First, Sixth, and fourteenth Amendments See: Exhibits sent earlier in this case and see Aurelio De Atley v. C.C.A. core Civic Inc. Civil Action No 17-cv-01073 G.P.G. P.B.

8. An inmate has a Fifth Amendment to the United States Constitution.

The Fifth Amendment (Amendment V) to the United States Constitution is part of the Bill of Rights and protects against abuse of government authority.

9. Double Jeopardy No person shall be subject for the same offense, to be twice put in jeopardy of Life or Limb.

The Tribal court has found and ordered Alan DeAtley Tribal member was not Guilty of any crimes committed by said State of Colorado, this was an acquittal of the same types of charges having to do with these Tribal owned Conservation Easements and Tribal owned Tax Credits see indictment all Conservation Easements were transferred to the Tribal 501c3 all owned by the tribe all under Tribal Sovereign Immunity

10. Also Finds and Orders that The Latgawa Native as a whole has Not surrendered it's Sovereign immunity in any way This Tribal Court further Finds and Orders it has Ordered an Injunction and has retained the Jurisdiction over all of these Tribal and State of Colorado matters as a whole.

11. The Tribal Court further finds and Orders once the Tribal owned Conservation Easements and Tribal owned tax credits all for the betterment of the Tribe all reviewed/audited by the State of Colorado, Department of Revenue in 2005, 2006, 2007, 2008, 2009 are all found to be good by the Department of Revenue, allowing the complete and full use 100% of the value as sold to the Transfee/clients by Tribal members, all "as arms of The Tribe" all for the "betterment of the Tribe", all allowed to be used by the Tranferee/client all 100% with out any reduction or complaint of any of the Tribal owned Conservation Easement and Tribal owned tax credits, not one change was asked to be made by the Colorado Department of Revenue, The Tribal Court found that once the conservation Easement tax credit was reviewed and or Audited, that time peroid was then Closed, never to be reviewed or Audited again. This order has never been challendge to a high Tribal Court and all Conservation Easement Tax Credit are found to be all good and at full value, ordering the C.D.O.R. to except them and to repay The Clients money Back with damages. This is all past the appeal point and time.

34.

12. <u>Double jeopardy</u> requires that the State of Colorado must dismiss all charges as shown to The State of Colorado many times over 10 plus years.

13. <u>Jeopardy "attached"</u> when the jury is empaneled in a Jury Trial, when first witness is sworn in during a bench trial or when a plea is accepted unconditionally

14. The Tribal Court Granted additional to Richard Davis and Alan De Atley <u>Grants of immunity</u> along with The <u>Tribal Sovereign immunity</u> all as tribal members all without objection and or conflict, All of these Tribal matters are made absolute and a mandate ussaud all well past the point of any appeal.

15. The <u>"supremacy" "clause"</u> is the most important quarator of national union. It assures that the <u>Constitution</u> and <u>federal Laws</u> and <u>Treaties</u> take <u>Precedence</u> over <u>state Law</u> and <u>binds all Judges to adhere to that principle in their courts</u>!

16. The Tribal Court Order's, agreements, injunctions, all Stipulated to are <u>Treaties</u> excepted by the State of Colorado agreeing Colorado Attorney General John Suther A.G. and Jack wesoky AAG, all without any challenge to a higher Tribal Court or Federal Court all made absolute and with a mandate issue, appeals are not possible at this point and time, and time Barred.

17. The Tribal Court has Ordered that this U.S. District Court must follow and Order as the UTE Indian Tribe v. Utah has Ordered State and County official from prosecuting Indian. and Colorado lacked jurisdiction to prosecute Indian and Alan DeAtley Tribal member.

18. State of Colorado has committed many crimes against the Tribe and Tribal members, We sent proof as we were required to. If this court Dismiss this Action the Tribe and Tribal members will have an action that will be pursued to the court of Appeals, the 10th circuit. This is just like the UTE Indian Tribe and the State of UTAH, all the same, The 10th changed it all as now You Federal Court Judges and magestrate are now require to apply the Finding of The 10th cir court of Appeals. You have no choise, <u>Grant</u> the U.S Habeas as the un challedge Tribal Habeas has been Granted and release Alan DeAtley now!

19. If you dismiss, Then dismiss with a new 1915 and 2254 and Cert. to appeal to the U.S. Court of Appeals along with your decision showing why you are not following Clear federal Case law by your Higher court, The 10th cir court of Appeals

20. You no The Tribal Court is right and you must Grant the U.S. Habeas, Just like the Tribal Court has,

21. A Judge can not rule illegally.

22. I object to The court Latest ruling in full. Dismiss and false Statements made within the court recommend the case be dismiss based on a form not being filled out correctly with confusing

36.

unclear wrighting by this court. you State wrong form, we get the Same form each time, you now admit we had the correct form all along, now you Say we are not following the form's question, as required! We have told you all along this is a Tribal Court matter, Not a State Court matter! we object to the U.S Court's forcing us to comply with a known form that only creates a Judical Traps to dismiss, this has been very clear in every thing that's been filed with this court. to dismiss only prove our case of Judical in-Trapment with intent to harm The Tribal court and The Tribe and Tribal members and Alan DeAtley T.M

## Conclusion

You must Order The U.S Habees Corpas to be Granted in full as The Tribal Habeas Corpas has been. You must send Marshall with these Order's to Release Alan DeAtley Tribal member the Same day, The Marshalls are to take DeAtley to what ever Location he wants in the U.S or Colorado. Alan DeAtley is to be free from any other charges or crimes. DeAtley will be given the Court's Orders and all release paper work in full. DeAtley will recieve all Demeand & Damages & Grand Total's as ordered by The Tribal Court all as Default Judgement. DeAtley will recieve Global Court's Orders protecting him from any more illegal attack from Corrupt Government's or their Employee's.